# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**DONNY PHILLIPS**
**DOC # 789552**

    *Plaintiff*,

v.                                             Case No. 4:18cv139-MW/CAS

**SECRETARY JULIE JONES,**
**CENTURION OF FLORIDA, LLC,**
**et al.**

    *Defendants.*
_____/

## ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME

This Court has considered, without hearing, Defendants' motion for an extension of time to respond to Plaintiff's Complaint. ECF No. 8. The motion is **GRANTED**. Defendant shall file their response on or before June 25, 2018.

**SO ORDERED on April 25, 2018.**

                                              **s/Mark E. Walker**
                                              **United States District Judge**