# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DONNY PHILLIPS,**
**DOC # 789552**,

    Plaintiff,

v.                                  **Case No. 4:18-CV-139**

**SECRETARY JULIE L. JONES, et al.**

    Defendants.

_____/

## DEFENDANTS SECOND MOTION FOR EXTENSION OF TIME

    Respondents, **JULIE JONES** ("Defendant"), through counsel, and pursuant to Rule 6(b), Fed. R. Civ. P., moves this Court for an additional fourteen (14) days, up to and including June 1, 2018, in which to file their Responsive Pleading, and in support states the following:

1. Plaintiff has filed a civil rights complaint against Defendant.

2. The original deadline to file a Responsive Pleading was April 18, 2018.

3. On April 16, 2018, undersigned was assigned this case.

4. Undersigned ordered documents from the Florida Department of Corrections in order to properly determine what kind of response is necessary.

5. Due to recent departures among the paralegal staff at the Office of the Attorney General, undersigned did not receive the ordered grievances until May 17, 2018.

6. The combined files contain 741 pages of grievances and replies for Mr. Phillips.

7. Due to the need for undersigned to confirm that the Plaintiff properly filed grievances in this case, an extension is required to properly review the files.

8. On May 17, 2018, undersigned dispatched an e-mail to Mr. Cook to ask if he was agreeable to an enlargement of time in which to respond, and Mr. Cook has not responded as of the dispatch of this Motion.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rule of Civil Procedure, Rule 6(b)(1):

When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires

Undersigned counsel has only recently been to gather all necessary grievances to properly file the correct Responsive Pleading in response to Plaintiff's Complaint, Defendant requests an extension of time of fourteen (14) days be granted in order to file a Responsive Pleading to Plaintiff's Complaint. This Motion for Extension of Time is made in good faith and not for the purpose of delay.

**WHEREFORE**, Defendants respectfully request that this Court enter an order extending the time within which Defendants may file a Responsive Pleading by an additional fourteen (14) days from the pleading's due date; making Defendant's pleading due on or before June 1, 2018.

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

/s/ Erich Messenger
**ERICH MESSENGER**
**Assistant Attorney General**
**Florida Bar No. 96055**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Erich.Messenger@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Motion for Extension of Time* was e-filed electronically through CM/ECF to all attorneys of record on May 18, 2018.

/s/ Erich Messenger
ERICH MESSENGER
