IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONNY PHILLIPS,**
**DOC # 789552**,

    Plaintiff,

v.                                                              **Case No. 4:18-CV-139**

**SECRETARY JULIE L. JONES, et al.**

    Defendants.
_____/

## AMENDED MOTION TO EXTEND TIME TO RESPOND

Respondents, **LABRIDIA GREGORY** ("Defendant"), through counsel, and pursuant to Rule 6(b), Fed. R. Civ. P., moves this Court for an additional thirty days (30) in which to respond to the Plaintiff's Amended Complaint, and in support states:

1. On July 31, 2018, Plaintiff filed an "Application for Default" against this Defendant with this Honorable Court. (Doc. 51)

2. On August 1, 2018, undersigned received authorization to represent Defendant Gregory.

3. Previous to this date, it was unknown if Defendant Gregory had ever been served, as no return of service appears in the court file for this case.

4. Undersigned has previously filed a Notice of Appearance for Defendant Jones and would have filed an appearance for Defendant Gregory and included her in undersigns previously filed Motion to Dismiss had her service been known.

5. Undersigned has begun gathering documentation for Defendant Gregory.

6. On August 3, 2018, undersigned attempted to contact Mr. Cook, counsel for Plaintiff, via phone and electronic mail to see if he would object to this motion. As of August 10, 2018, Mr. Cook has not responded to the phone call or e-mail.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rule of Civil Procedure, Rule 6(b)(1):

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
>> (B) on motion made after the time has expired if the party failed to act because of excusable neglect

Additionally, pursuant to Federal Rule of Civil Procedure, Rule 4(l):

>> (1) Affidavit Required. Unless service is waived, proof of service must be made to the court. Except for service by a United States marshal or deputy marshal, proof must be by the server's affidavit.

As is demonstrated by the court file, no proof of service for Defendant Gregory was ever made on this Honorable Court until the Plaintiff attached it as an exhibit to his Motion for Default. (Doc. 51, Doc. 51-A)

Undersigned counsel would request an additional thirty days (30) to respond both the Plaintiff's Complaint and Plaintiff's Motion for Default.  This Motion for Extension of Time is made in good faith and not for the purpose of delay.

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**
/sErich Messenger
ERICH MESSENGER
Assistant Attorney General
Florida Bar No. 96055
Erich.Messenger@myfloridalegal.com
Office of the Attorney General
The Capital, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850)414-3300
Facsimile:(850)488-4872

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Amended Notice to Extend Time was e-filed electronically through CM/ECF to all attorneys of record on August 10, 2018.

/s/Erich Messenger
ERICH MESSENGER
Assistant Attorney General
Florida Bar No. 96055

## **CERTIFICATE OF WORD COUNT**

In compliance with Northern District of Florida Local Rules, undersigned certifies that the total length of this document, not counting this section, the service section, signature block and case style, contain 360 words, and that the motion section comprises of 181 words.

/s/Erich Messenger
ERICH MESSENGER
Assistant Attorney General