# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**DONNY PHILLIPS,**

    *Plaintiff*,

v.                        Case No. 4:18cv139-MW/CAS

**MARK S. INCH, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR HEARING ON CASE MANAGEMENT

This Court has considered, without hearing, Plaintiff's motion for a case management conference. ECF No. 132. The motion is **GRANTED**. The Clerk is directed to schedule a telephonic conference on or before February 12, 2019.

**SO ORDERED on February 7, 2019.**

                                            s/Mark E. Walker
                                            **Chief United States District Judge**