IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.

MARK S. INCH, et al.,

    Defendants.

Case No. 4:18-cv-139-MW/CAS

## EIGHTH STATUS REPORT ON DISCOVERY

In accordance with the Initial Scheduling Order of the Court, the parties provide the following report on the status of discovery in this case:

Counsel for Plaintiff was able to enter the Northwest Florida Reception Center, the institution where his client is housed, with a camera and photograph his client's leg, on February 1, 2019. Erik Kverne, counsel for Secretary Inch was present. Plaintiff submitted the photographs to his medical expert on that same day and served his Fed.R.Civ.P. 26(a)(2) expert report disclosure February 4, 2019.

Plaintiff has sought availability dates for depositions of the Defendants over the past ten weeks and up to Friday, received no dates. Plaintiff will seek to set additional depositions once the initial parties are deposed and once records are received from the Department, which are due February 12, 2019. Plaintiff has circulated proposed protective orders to permit full disclosure of FDOC records for review by parties. Counsel for Secretary Inch has responded with no objection.

1

Plaintiff intends to voluntarily dismiss the following defendants: Sheffield and Bellamy, who have not recently persisted in violating Plaintiff's constitutional and statutory rights, and also Vandermark, who has moved to South Florida.

Plaintiff has negotiated with Centurion to modify the categories requested for the Fed.R.Civ.P. 30(b)(6) deposition. Counsel for Centurion has submitted the revised categories to her clients. Plaintiff will submit categories for Fed.R.Civ.P. 30(b)(6) depositions to Secretary Inch once paper discovery has been received from the Department. The following are the depositions currently sought.

**Phillips v. Jones: Plaintiff's Deposition Matrix**

| Witness | Location | Hrs. |
|---|---|---|
| FDOC Rule 30b6 | Tallahassee | 4.0 |
| Corizon Rule 30b6 | Tallahassee | 4.0 |
| Centurion Rule 30b6 | Tallahassee | 4.0 |
| Dr. Cruz Pagan Delgado, MD | Carrabelle | 2.0 |
| Sara Brock Green, RN | Carrabelle | 2.0 |
| Glenwood Cobb, RN | Carrabelle | 2.0 |
| Lucy Franklin, LPN | Carrabelle | 2.0 |
| Linda Cort, LPN | Crawfordville | 2.0 |
| Labridia Gregory | Carrabelle | 2.0 |

As of 2/11/2019, we have the following availability for depositions:

**FEBRUARY 2019**

| | 05 | 06 | 07 | 08 | 11 | 12 | 13 | 14 | 15 | 18 | 19 | 20 | 21 | 22 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cook | | | | | Y | Y | Y | Y | Y | Y | N | Y | N | Y | Y | Y | N | Y |
| Francolin | | | | | Y | Y | Y | Y | Y | N | Y | N | N | Y | Y | N | Y | N |
| Toomey | | | | | N | N | N | N | N | N | N | N | N | N | N | N | N | Y |
| Kverne | | | | | | | | | | | | | | | | | | |

**MARCH 2019**

| | 01 | 04 | 05 | 06 | 07 | 08 | 11 | 12 | 13 | 14 | 15 | 18 | 19 | 20 | 21 | 22 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cook | Y | N | N | N | N | N | Y | Y | Y | Y | Y | Y | Y | Y | N | Y | Y | Y | Y | N | Y |
| Francolin | Y | N | N | N | N | N | N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | N | Y | Y | Y |
| Toomey | Y | Y | Y | Y | Y | Y | Y | Y | N | N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| Kverne | | | | | | | | | | | | | | | | | | | | | |

Plaintiff has sought a case management conference for purposes of planning the conduct of discovery to its conclusion.

Respectfully submitted on February 11, 2019,

*s/ James V. Cook*
James V. Cook, Esq.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Tel. 850-222-8080
Fax: 850-561-0836
cookjv@gmail.com
For Plaintiff Phillips

*s/ Erik Kverne*
Erik Kverne, Esq.
Florida Bar No. 99829
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Erik.Kverne@myfloridalegal.com
For Defendant Inch

*s/ Gregg A. Toomey*
Gregg A. Toomey, Esq.
The Toomey Law Firm LLC
1625 Hendry Street, Suite 203
Ft. Myers, FL 33901
Phone: (239) 337-1630
Fax: (239) 337-0307
gat@thetoomeylawfirm.co
alr@thetoomeylawfirm.com
hms@thetoomeylawfirm.com
For Defendants Corizon, Pagan-Delgado, Green, Franklin and Cort

*s/ Ana C. Françolin Dolney*
Ana C. Françolin Dolney, Esq.
Florida Bar No.: 23162
Cruser, Mitchell, Novitz, Sanchez, et al.
121 S. Orange Avenue, Suite 1500
Orlando, FL 32801
Tel: 407-730-3535
Fax: 407-730-3540
flcourtfilings@cmlawfirm.com
For Defendants Pagan-Delgado, Green, Franklin, Cobb, Centurion of Florida, LLC