UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNY PHILLIPS,

    *Plaintiff*,

v.                  Case No. 4:18cv139-MW/CAS

MARK S. INCH, et al.,

    *Defendants*.

_____/

## ORDER ON PLAINTIFF'S PARTIALLY UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT

This Court has received Plaintiff's partially unopposed motion for leave to file a supplemental complaint for preliminary injunctive relief. ECF No. 143. This Court construes Plaintiff's motion as a motion for leave to file a preliminary injunction. This motion is **GRANTED**.

Plaintiff shall file a motion for preliminary injunction on or before March 1, 2019. There is no need to file a supplemental complaint.[1] This Court recognizes the motion for preliminary injunction make closely (or entirely) track his motion for leave to file a supplemental complaint. Moreover, Plaintiff need not refile exhibits to the motion for preliminary injunction. It appears he has done so. *See* ECF No. 144.

---

[1] This distinction between Plaintiff's leave to file a supplemental complaint versus Plaintiff filing a motion for preliminary injunction may explain why Plaintiff's motion is partially unopposed. *See* ECF No. 143, at 18.

1

In anticipation of Plaintiff's motion for preliminary injunction, and in order to promote the orderly and prompt resolution of the motion,

**IT IS ORDERED:**

1. The attorneys for all parties must confer prior to the scheduling conference in a good faith effort to reach agreement on the scheduling of a hearing on the motion for a preliminary injunction and on other procedural and substantive issues relating to the motion, including the need for live testimony and the admissibility of declarations.

2. The Clerk shall set this matter for a telephonic scheduling conference on Monday, March 4, 2019.

3. The attorneys for all parties may confer regarding the date of the scheduling conference. This Court will consider rescheduling the hearing to another date available on the Court's calendar. If the parties reach such an agreement, the parties shall notify this Court's Courtroom Deputy, Victoria Milton McGee, at (850) 521-3510.

**SO ORDERED on February 27, 2019.**

            s/Mark E. Walker    
            **Chief United States District Judge**