# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**DONNY PHILLIPS,**

    *Plaintiff,*

v.   Case No. 4:18cv139-MW/CAS

**MARK S. INCH, et al.,**

    *Defendants.*

_____/

## ORDER GRANTING CONSENT MOTION FOR EXTENSION TO MAKE EXPERT DISCLOSURES

This Court has considered, without hearing, Defendants' unopposed motion for a time extension to make expert disclosures pursuant to Rule 26(a)(2). The motion is **GRANTED**. Defendants shall make their expert disclosures on or before March 18, 2019.

**SO ORDERED on February 27, 2019.**

                                        <u>s/Mark E. Walker</u>
                                        **Chief United States District Judge**