RECEIVED
NWFRC

NOV 2 7 2018

STAFF INITIALS

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DONNY PHILLIPS,

      Plaintiff.

v.

JULIE JONES, et al.,

      Defendants.

Case No. 4:18-cv-139-MW/CAS

**DECLARATION OF JAMES HENDEE**

STATE OF FLORIDA
COUNTY OF WASHINGTON

I, JAMES HENDEE, being of competent mind to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 USC 1746:

1. I have witnessed that Sgt. Crutchfield forced Donny Phillips to set on his bunk and pee and mess himself without being permitted to go to the bathroom.

2. I have witnessed Lt. Bellamy, Sgt. Lewis, and Sgt. Crutchfield making threats toward Phillips to stay on his bunk for one hour even if he had to piss on himself, which he did on a daily basis.

3. In the early morning hours I got up and went to the bathroom and saw Phillips in pain, changing his very bloody diapers.

4. I have seen Phillips with no toilet paper or wipes, having to clean himself with his washcloth after having defecated.

5. I've pushed Phillips to Canteen so that he would not have to pay someone to push him because he had no wheel chair aide.

6. I've seen many occasions when Phillips missed eating chow because he had no wheel chair aide to push him.

7. I have seen Phillips going through it with another inmate because he smelled of "mess" because he was forced to sit in wet, messy diapers while other inmates were allowed access to the bathroom during count.

8. I have witnessed Sgt. Crutchfield taking Phillips' bath towel, knowing that he had to sit for over an hour in urine-soaked diapers and needed to get into the ADA shower and rinse off.

9.  Phillips had been given a broken-down wheel chair that was too small for him.

10. I have seen Phillips sweating in over 100 degree heat with his leg swollen up so big that I told him he needed to go to medical.

11. On the same day Sgt. Crutchfield took Phillips bath towel, his medical wipes also turned up missing and they refused to give Phillips a roll of toilet paper.

12. I was present when Sgt. Crutchfield called Lt. Bellamy and Sgt. Lewis and the three of them stated they did not care about Phillips ADA doctor-prescribed bathroom pass and told Phillips to stay on his bunk for one hour even if he had to piss himself.

13. I have been threatened by Sgt. Crutchfield stating to me that I do not want to bump heads with her when she ordered me not to push Phillips' wheel chair.

14. I have seen blisters on the back of Phillips right leg that are so bad that we had to talk him into going to medical to have it looked at.

15. I have seen Sgt. Lewis as he tries to retaliate towards Phillips because Phillips writes grievances on him.


Further affiant sayeth naught.

Submitted as dated below,

*Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.*

JAMES HENDEE                                    11-27-18

JAMES HENDEE                                    DATE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

DONNY PHILLIPS,

      Plaintiff,

v.

JULIE JONES, et al.,

      Defendants.

Case No. 4:18-cv-139-MW/CAS

**DECLARATION OF KENNETH LOVITT**

STATE OF FLORIDA
COUNTY OF FRANKLIN

I, Kenneth Lovitt, being of competent mind to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 USC § 1746:

1. On many occasions I have seen prison officials lock the shower privacy curtain up in a mop closet to block inmate Donny Phillips' access to the shower to clean himself up.

2. I am witness to the pain that Phillips has been forced to go through from long periods of the time being refused the opportunity to be able to clean himself up properly.

3. I have witnessed the bleeding, open wounds that Phillips has been forced to endure from officials' actions. I at one time had to ask inmate Donny Phillips if he was ok because of so much blood in the depends that he was wearing.

4. I have witnessed Officer Franklin punch holes in his bag of adult diapers at least three times.

5. I observed things when I pushed Donny in his wheel chair. Before I started doing that, he had no one to push him and I have seen him miss lunch and dinner because he was too tired.

6. Medical would always see him last so there would be no one to push him.

7. I have seen him in the bathroom changing his diapers and I have seen the sores and blood.

8. Sometimes officers would not let me push Donny. They'd try to make things hard for him.

9. I have seen staff threaten to take his wheel chair away several times.

      Further affiant sayeth naught.

      Submitted as dated below,

*Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.*

**KENNETH LOVITT**                                    **DATE**

Edward Oberwise (727)397-2745
9976 83rd Way North
Seminole, Florida 33777

## DECLARATION UNDER PENALTY OF PERJURY OF EDWARD OBERWISE

Edward Oberwise, being competent to make this declaration pursuant to 28 U.S.C.§ 1746 states his personal knowledge of the matters and events as to the following:

1. On or about November 14th, 2018 I was transferred from Taylor Correctional Institution to the Medical Center in Lake Butler, Florida for hernia surgery.

2. After surgery, November 16th, 2018 I was housed in F1-110 L.

3. About 50% of this particular dorm consisted of elderly individuals in wheel chairs.

4. At first, the daily functions at RMC seemed to be ok. Inmates assisted wheel chairs who were let out first, along with other inmates e.g., canes and walkers, to go eat and to the canteen.

5. The flipside to this is most inmates helping the disabled inmates expect compensation or are easy prey for extortion.

6. I met Donnie in the bathroom of F-dorm late one night when he asked me to "please help him".

Page 1                 Edward Oberwise's declaration in support of Donnie Phillips.

7. When I began to help Donnie I noticed his right leg from the kneecap down to his foot was so severly swollen and in such pain he could not pull up his Diaper.

8. I also noticed upon pulling up his Diaper, there was so much blood in the Diaper, the Diaper ripped. The smell made me gag. I walked away.

9. The next morning I heard a few inmates making fun of Donnie as to having another accident and wearing a towel to bed.

10. I ask Donnie about why he could not put on boxers or a Diaper. Donnie showed me the cuts and rash between his legs and said he had no Diapers or medical wipes until after the Thanksgiving hoilday weekend.

11. The cuts, rash, and dead skin between his legs was so horrible that I will never forget it. Out of sorrow, I continued to help Donnie and push him in his wheelchair as I was recovering from surgery.

Pursuant to 28 U.S.C. § 1746, I declare under Penalty of Perjury that the foregoing is true and correct. Executed on: December 14th 2018.

s/ Edward Oberwise

Edward Oberwise # T67476
Reception and Medical Center
7765 South CR 231
Lake Butler, Florida 32054

Page 2          Edward Oberwise's declaration in support of Donnie Phillips.

RECEPTION AND MEDICAL CENTER

**IN THE UNITED STATES DISTRICT COURT** DATE:_____
**FOR THE NORTHERN DISTRICT OF FLORIDA** INMATE INITIALS:_____
**TALLAHASSEE DIVISION**

DONNY PHILLIPS,                                    Case No. 4:18-cv-139-MW/CAS

     Plaintiff,

v.

JULIE JONES, et al.,

     Defendants.

---

## DECLARATION OF RICHARD ALFRED TASKER

STATE OF FLORIDA
COUNTY OF UNION

I, Richard Alfred Tasker, being of competent mind to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 USC 1746:

1. That I am in bunk A-1151-S right next door to bunk A-1152-S Bunk to i.e. Donny R. Phillips "0-739552...

2. That Donny moved in next to me about in late August

3. That in that time I've seen Sgt. Crutchfield yell at him for utilizing the bathroom during count and thus voiding his valid medical pass for bathroom usage at any time it's necessary

4. I've seen Donny while getting ready, in the bathroom for a shower to clean defecation and urine off of himself in which was there due to Sgt. Crutchfield order to remain upon his bunk until count is cleared

5. I've also seen all the sores all around his pelvic region which to me looked extremely uncomfortable and very irritating for him to endure at all

6. To me it looks like this Sgt. Crutchfield does not care if you have to endure pain and suffering, just as long as she (Sgt. Crutchfield) is satisfied

7. Now I know it must be extremely painful for this man to have to defecate and urinate on himself and to have to just sit there during sometimes two hour counts in his defecation and urine. That is totally irresponsible for someone over another human being to even be able to do. You hear about any of those nurses who are doing it and getting jail time, but not Sgt. Crutchfield at all

8. Also I've seen this man next door to me in some very serious pain, and I do know pain, and he was hurting from his swollen sores, etc., leg, and other things...

Further affiant sayeth naught.

Submitted as dated below,

*Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.*

**RICHARD ALFRED TASKER**          **DATE**

Dear James V. Cook

My name is Joseph Berne DC# CD2145.
I am housed in E1 with Mr. Donny Phillips.
I was recently harrassed and threatened
by Sgt. Lewis for pushing Donny to
medical for medical emergency. I was
told that I am not to be pushing him
because I am not a hicap aid. He them
stated that Donny has an aid wich is a
lie I have been housed with Donny
since May and he has not had an
asigned pusher the whole time. In fact
I was in line the day that Captin Hires
told him and I qote "your arms aren't broke
you don't need no damm pusher" and tried
to take his pusher from him.
    I will be released around October 6th.
you can contact me at (706)968-0107)
and through the mail at (5722 Old Hwy 441 North
I can varify that        ( Baldwin GA 30511)
Donny Phillips has not
been reveiving adiquit
treatment here. I thank
you for you time.

                    Joseph Berne  C12145

Dear Mr. Cook,

I am writing this letter to inform you of Mr Donnie Phillips mistreatment through Medical here at Franklin Correction Institute.

I have been here in the dorm with him for the last year and have witnessed the damaged supplies (Diapers) from medical. Also the restricted access to the handicaped shower stall for when he has to take a shower from haveing accidents to clean himself up. Instead he has to sit with urin still on him and get burns. I have seein the diapers with blood in them.

Also I have been pushing him to the chow hall for meals when permitted, or not being threatened by security staff to be locked up because not being an assigned pusher. Mr Phillips has on more then one occation requested me as his pusher and when a person was assigned, the person has just as many health issues as Mr Phillips.

I am affraid for his welfair because he is not getting the proper treatment. He can not do physical therapey to strengthen his legs and to help him feel better due to 1.) Staff, (including asst. wardens, Lts, Cpts. and also officers) threating to have his chair taken from him and 2) being refused his medical boots which are prescribed.

When others push him to the chow hall, he is faced to give up food off his tray to pay to be pushed. I help Mr. Phillips out of the goodness of my heart, and have witnessed the humiliation, pain, tears shed due to all of this. Just a few nites ago I went to the restroom and he was sitting in the stall crying because he felt ashamed that he had to depend on selfish people. Those people rang from inmates to the trained medical staff who have no regards for health or saftey of the inmates especialy inmates in Mr. Phillips situation.

   Mr. Cook, I am very concerned for Mr. Phillips. He is a good man and dose not deserve to be treated the way hes been treated. I am asking you to please help him and give him hope that their is good people olut their willing to help. He needs you Mr. Cook. Please help him. I am also afraid for Mr. Phillips and myself for the retaliation and back lash of this case. No matter the consaquience, I will stand my ground and be their to assist Mr. Phillips. I have no problem giving any statement on any accounts in the last year. Once again, please help Mr. Donnie Phillips with these issues, and maybe to prevent this from happening to anyone else.   Thank You

                                        Sincerly
                                        Jeremy A Hicks   DC# G08420
                                        JEREMY A. HICKS

James J. Cook, Esquire                               September 10, 2018
Post Office Box # 10026
Tallahassee, Florida 32302

RECEIVED
NWFRC

SEP 10 2018

STAFF INITIALS

Re: Phillips, Donnie: Medical Treatment:

Attorney Cook;

   I'm Writing to you in Regards to Mr. Donnie
Phillips who is in the Same dormitory with me.
Since my transfer here on June 5, 2018, I've been
Witnessing Staffs unprofessional Attitude toward
Donnie's Needs and disibilities Such as the denial
of a "Pusher" As I had even Attempted to be Approved
As his "Pushee" only to be told That it would Not be a
possibility but they Still Refuse to Assign Anyone to
him.

   The Severe degradations he has had to endure, as
having to Wear diapers And Not Allowed to Shower
When defecating or urinating on himself Without the
Appropriate "Wipes" or even extra toilet tissue. Only
because Staff Will Not Allow him to use the bathroom
When Needed!

   I personally have Witnessed him, After Staffs
failure to Allow him to Clean himself, Actually have
to Sit and Sleep in a "dirty diaper" Which
Ultimately Caused the Sores And Subsequent bleeding
in his Crotch Area. This is a "travesty" which I'm
Very Concerned About As I'm a elderly inmate (61 yrs old),
have been incarcerated for (23) years which forces me
to Realize that if I'm ever incapacitated, I'm Sure
that "Staff" would treat me the Same.

I Still, to this day, have a hard time understanding the Dept of Corrections Methods of forcing inmates to file grievances, Medical or Otherwise, which cost an Average of $300⁰⁰ per grievance to process, this is on top of the Costs of Law Suits, Court Costs and medical Costs when food does not do the Right thing, Such as treat people Right and by the Appropriate doctors and Appropriate prescriptions!

This type of Action Would Result in a Cheaper Way to treat and Care for inmates As opposed to how the Medical Contractors, both Corizon and Cenvurion do business!! Obviously, they have only one goal, to make money!!!

Now, As I've Witnessed, which Now, I believe that the Swelling in his Lower leg is primarily "Sepsis" which Would Resolve itself if treated Right by the Appropriate Medications And Housing (Climate Controled Environment), Would Ultimately, Would not Cure the past degradations he has had to endure but quite possibly, with your Assistance, Will Cure (Fools) problematic System With their Medical treatment.

If you have any questions, Please do not hesitate to Ask.

Sincerely,
/s/ R.W.Sisto
Richard W. Sisto De⁺ʰ 559408
Northwest Florida Reception Center
4455 Sam Mitchell Drive
Chipley, Florida 32428.

2.

Mr. James Cook,                                           6-18-2017

On June 16th, 2017 I had a call-out to see my classification officer Mrs. Tyus. While waiting outside (ADA) Mr. Marks came out and I spoke briefly with him about (ADA) inmate Donny R. Phillips and he stated at 9am on the 16th of June 2017 that I was indeed Mr. Phillips aide.

Once inside with (classification) Mrs. Tyus I asked her what my assigned job was and she did confirm that I was an "Impaired Inmate Assistant" and that I did work for Mr. Phillips. Mr. Cook this (2) confirmations from (2) classification officers that I __AM__ indeed Mr. Phillips aide.

Mr. Cook the reason I write this letter to you is to inform you of the harrassment that Mr. Phillips and myself endure. I've seen with my own eyes the issues that Mr. Phillips has to go through. His sores and urine burns get so horrible that some are to the point of infection. The staff here at Franklin Correctional Institute (in the medical dept.) do everything they can to give inadequate treatment to Mr. Phillips because of his known lawsuit. Not only is it the staff in medical, but also the officers show signs of retaliation. There have been incidenances where Mr. Phillips and also myself have been verbally threatend (OFC L. Gregory) because of the process of grievences that we continue to write. She (OFC L.

Gregory) has also tried to keep me from doing my job and has even had tried to get me fired as Mr. Phillips aide.

Mr. Cook this is clearly an ongoing issue of deliberate indifference and plain refusing to treat Mr. Phillips medical problems. If you need anymore testimony I'd be more then happy to be a witness for this case.

Sincerly,
Jonathan
Smith
Y50125

## DECLARATION OF WILLIAM CARROLL

STATE OF FLORIDA

I, William Carroll being of competent mind to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 USC 1746:

1. I witness that I was present many times when Donny Phillips came back to the dorm from picking up his diaper with his supplies damaged with holes stabbed to the package with an ink pen and that his diapers leaked from may holes and had ink pen parks all over them

2. I have witnessed Donny Phillips missing chow because he did not have a wheelchair pusher assigned to him

3. I have witnessed Phillips bleeding in the bathroom late at night trying to clean himself and in serious pain from being forced to urinate on himself

4. I have witnessed Phillips not being able to get to canteen because of officials retaliation towards him for writing grievances

5. I have witnessed Phillips sitting in wet diapers because the shower privacy curtain was being locked up in a mop closet to block his access to properly clean himself  and suffering serious pain from sitting in urine for long periods of time

6. I have witnessed Phillips many times having to give his food away in exchange for assistance in getting to the chow hall  because medical and classifications refused to give him a wheelchair pusher

7. I have seen Phillips in extreme pain in his private area and his ankle swollen to the point that he had to stop doing therapy because the medical department had denied him access to his prescribed medical boots for which he had a valid pass

8. I have knowledge of Phillips having to take a shower and was forced to put the same used diapers back on with used unsanitary and bloody diapers causing him continued serious pain

9. I have witnessed Phillips in the bathroom of the dorm in pain bleeding from open wounds on many nights

10. I have seen Mr. Phillips trying to clean himself at the sink while other inmates were allowed access to the shower

11. I watched when the Assistant Warden threatened Phillips by way of taking his wheelchair away just because he was standing up behind the wheelchair trying to get a little therapy at the time

12. I have witnessed Mr. Phillips being forced to live in unsanitary conditions with misery that was obviously due to his wounds

13. I have witnessed Sgt. Knox ordering another inmate to grab Mr. Phillips and push him off the blacktop into the grass while other inmates were on the blacktop

Further affiant sayeth naught.

Submitted as dated below,

*Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.*

WILLIAM CARROLL                          DATE



# DECLARATION OF OSCAR HERNANDEZ

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, Oscar Hernandez being of competent mind to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 USC 1746:

1. I have slept beside Mr. Phillips in dormitory G-1-158s and I have witnessed the pain and suffering he has gone through

2. I have witnessed Mr. Phillips' continuous bleeding in his diapers that has been on-going problem for him

3. The pain and frequent swelling that Mr. Phillips suffers in his left ankle, struggling to get therapy without medical boots for support

4. I have witnessed the damage that is being done to his diaper packages through retaliation

5. Mr. Phillips has also been placed in confinement out of retaliation for writing grievances about Sgt. Knox

6. I have also witnessed when I get up at night to use the restroom, on numerous occasions when Mr. Phillips was in tears due to the pain from urine burns trying dearly to get the urine off the open bleeding wounds

7. I have witnessed Mr. Phillips trying to buy ointments off the recreational yard to treat his burning wounds

8. I have witnessed Mr. Phillips sometimes heaving to wait for long periods just to get a shower and having to put on urine-soaked bloody diapers after a shower because his supplies were made unsanitary by nurse Franklin stabbing holes in his diapers

Further affiant sayeth naught.

Submitted as dated below,

*Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.*

**OSCAR HERNANDEZ**                              1-24-19

**DATE**

# DECLARATION OF CRAIG McCAMMON

Provided To CRGC
On 1/23/19
For mailing, by W27 /cm

STATE OF FLORIDA
COUNTY OF ORANGE COUNTY

I, Craig McCammon being of competent mind to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 USC 1746:

1. I was present on 9-2-16 during count time after the officer came through and counted.

2. Phillips tried to go to the restroom and was stopped by Officer Perkins.

3. Phillips explained his situation to Officer Perkins and Officer Gregory denied Phillips because he did not possess a bathroom pass, even after Phillips explained to the officer that he was at this time urinating and messing on himself, still denied.

4. Phillips was ordered to go back to his bunk and he did as he was ordered and Phillips then continued to sit in wet depends for around 45 minutes.

5. Then Phillips had to get officer Perkins to allow him access to the shower.

6. After Officer Gregory left to go to the chow hall.

7. Officer Perkins did allow Phillips 5 minutes to shower.

8. I have witnessed on numerous occasions when Phillips had blood in the depends that he disposed of in the trash can.

9. I witness to Phillips having to struggle to call-outs- because was refused a D.R. for not attending the ADA meetings when Warden Payne was a witness that Phillips did attend the ADA meeting on 10-18-16, Phillips received a D.R. on 10-19-16 which later was dropped.

10. I witnessed Phillips turning in sharp plastic pieces, a 9 inch long piece of very sharp plastic.

11. Phillips turned it over to Sgt. Williams on 9-18-16 around 12:11AM at night.

12. I know that ADA Ms. Cort made the statement that it would be a long time before Phillips would receive a new wheelchair.

13. I am a witness to how bad was Phillips supply depends when he received the supplies stacked by ADA Ms. Cort as well as other nurses, sometimes as many as 74 stabbed holes stabbed through a factory, packaged, sanitary, and when stabbed this leaving them unsanitary as an act of retaliation towards Phillips.

14. I witness many times Phillips had a call-out to medical where he was last and had to miss eating chow.

15. I am a witness to the fact that on many occasions I have seen Phillips buying ointments off the compound for urine burns because ADA Ms. Cort blocked his access to the doctor.

16. I am a witness to the fact that on 10-18-16 around 9:00AM, during the ADA meeting assistant warden Mills addressed the issue of Phillip's broken down wheelchair and stated that Phillips would receive a new wheelchair within 1 week.

17. Phillips received his new wheelchair on 12-16-16 over 2 months later.

Further affiant sayeth naught.

Submitted as dated below,

*Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.*

Craig McCammon                         1-23-19
**CRAIG McCAMMON**                    **DATE**

## DECLARATION OF VICTOR BRYANT

STATE OF FLORIDA
COUNTY OF SUWANNEE

I, Victor Bryant, being of competent mind to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 USC § 1746:

1. I have witnessed blood in Mr. Phillips diaper's on many occasions.

2. I have witnessed Mr. Phillips having to wear urine soaked diapers during the Thanksgiving Day weekend.

3. Many times, I witnessed Mr. Phillips in the bathroom late at night trying to clean himself up I serious pain from open bleeding wounds.

4. I have witnessed Mr. Phillips right leg very swollen and very red late at night with him in serious pain.

5. I've pushed Mr. Phillips to call-outs because he did not have a wheel chair pusher, as he would pay other inmates to help him just to even go to chow.

6. I've witnessed officers when Mr. Phillips would try to go to wound care as they told him to get his ass back to his dorm.

7. I've witnessed the canteen man at RMC taken from Mr. Phillips because he was in a wheel chair and not allowing Phillips to receive the items that were never given to him.

8. I witnessed on the 12-12-18 legal call from Mr. Phillips' Attorney when I pushed him and the officials made threats of locking Phillips up.

9. I can witness on 12-21-18 when I pushed Mr. Phillips to his legal call while when doing so, Phillips was treated very bad by officials.

10. On 12-27-18 I can witness that Mr. Phillips was in serious pain when I pushed hi to receive his supply's.

11.      I pushed Mr. Phillips to sick call on 12-19-18 around 8:00 AM when he was in tears from so much pain to his right leg with the cellulitis.

12.      I was a witness to the laundry Sgt. Thomas took Mr. Phillips extra blanket that Phillips used because he did not have a medical pass to prop his right leg up on 12-18-18 around 9:40 AM.

13.      I witnessed that on 12-16-18 Mr. Phillips put in a sick-call at 1:33 PM because he was in so much pain with the cellulitis.

14.      I witnessed that Mr. Phillips did in fact smell like urine on Thanksgiving Day and that I helped wash some of his blues where he was out of medical wipes and his pullups.

15.      I witnessed Mr. Phillips spending lots of time in the bathroom trying to clean himself up.

16.      I've witnessed Mr. Phillips being teased from other inmates because of his disabilities.

17.      I've witnessed Mr. Phillips being refused a proper amount of medical wipes to help keep himself sanitary.

18.      I have witnessed Mr. Phillips suffering very serious injuries.

19.      I've seen Mr. Phillips mentally distressed, in serious pain during humiliation.

20.      I've witnessed Mr. Phillips missing eating chow on many days with out the help of a wheel chair pusher.

21.      I've seen officers threaten to lock Phillips up if he's in the bathroom during count time at RMC.

22.      I can witness Mr. Phillips living in fear that he will lose his right leg because of not receiving the proper treatment because he writes grievances.


Further affiant sayeth naught.

Submitted as dated below,

*Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.*

**VICTOR BRYANT**                              **DATE**

## DECLARATION OF DAVID HITE

STATE OF FLORIDA
COUNTY OF WASHINGTON

I, David Hite being of competent mind to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 USC 1746:

1. I was present at Franklin C.I. in D-1-142S on 9-2-16 and have witnessed that Phillips had an emergency and was stopped on the way to the bathroom by Officer's Perkin and Gregory.

2. Phillips told both officers about his emergency, explaining to them that he was at that time messing and peeing on himself.

3. The officers asked Phillips did he have a bathroom pass, Phillips answered "no".

4. And Officer Gregory ordered Phillips to get his "ass" to his bunk, where Phillips messed on himself and peed himself and was forced to sit in dirty diapers for around 30 to 40 minutes.

5. I have witnessed the pain that Phillips had to go through with sores from the urine burns as well the bleeding in his diapers.

6. I witnessed him buying ointments off the compound from other inmates to put on his urine burns because ADA Ms. Cort blocked him from seeing the doctor.

7. I have witnessed Phillips going through pain in his shoulder and back because ADA Ms. Cort refused him of having a wheelchair aid for around a year trying to get to his call outs.

8. I have witnessed on 10-19-16 Phillips received a D.R. at the center gate for failed to go to the ADA meetings.

9. And Warden Payne was a witness that Phillips did in fact attend the ADA meetings.

10. I was present on 9-18-16 around 12:15AM when Phillips turned over a sharp piece of broken plastic about 9 inches long to Sgt. Williams, that had broken off the arm of his wheelchair because he did not want it to fail in the wrong hands.

11. I also have knowledge that ADA Ms. Cort made the statement to Phillips that it would be a long time before he received a new wheelchair.

12. On numerous occasions I witnessed to the fact that when Phillips returned to the dorm after 5:00 o'clock PM pill call with his supplies (depends), the package of depends were stabbed around 84 times that I myself counted.

13. While other ADA wheelchair bound inmates supplies were not damaged.

14. These acts of retaliation towards Phillips were done on a regular basis.

MS Cort portrayed herself As A licensed Nurse No longer held A valid Nursing license. was Revoked several years earlier

15. I am witness to the fact that when Phillips would sometimes have a call-out to go to medical, would always be held to last just to be told that they did not need to see him, causing him to miss going to eat chow.

16. This also being done as an act of retaliation.

17. I can also witness Phillips having to buy ointments off the compound for the urine burns many times because ADA Ms. Cort denied him access to the doctor.

18. I have witnessed that on 10-18-16 at around 9:00AM, during an ADA meeting Warden Mills address the issue of Phillip's damages wheelchair with ADA Ms. Cort, whom stated that Phillips would receive a new wheelchair with 1 week, yet Phillips received his wheelchair over 2 months later on 12-16-16.

19. Around about November 5th I was called to medical upon my arrival I was informed that I was there to see ADA Ms. Cort.

> She came to the hallway door, held it open and so that I could enter the hallway, an Officer Exsiliss was security in the medical department.

> We did NOT go into an exam room, I was told my new wheelchair was in.

> I asked about gloves. And was told "no".

> When I asked about other issues she stated that until I follow her program she would not address my issues.

> "What program?", I asked.

> She told me her catheter program.

> I informed her I do not now or have ever had to use a catheter.

> All this took place in the hallway violating my HIPPA rights.

> At this time I told her, "I'm not Donny".

20. I was being punished because I was mistaken for Donny Phillips.

21. Confidential health record/ care information intended for addressee only.

22. Unauthorized release or disclose may violate state and federal law.

> Further affiant sayeth naught.

Submitted as dated below,

*Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.*

_____   2-4-19
DAVID HITE                                    DATE

Provided To:
Bay Correctional Facility

FEB 04 2019

For Mailing

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

DONNY PHILLIPS,

     Plaintiff,

v.

JULIE JONES, et al.,

     Defendants.

Case No. 4:18-cv-139-MW/CAS

**DECLARATION OF RICHARD CARRERO**

STATE OF FLORIDA
COUNTY OF FRANKLIN

I, Richard Carrero being of competent mind to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 USC 1746:

1. I have witnessed that many times Donny Phillips was discriminated against because of his disabilities and by not allowing Phillips to have access to the shower privacy curtain so that he could not get into the shower while at the same time other inmates were in the shower at all times of the day.

2. I have witnessed Phillips bring to the attention of Sgt. Malphrus's that the shower privacy curtain was broke and there were (sharp) PVC part broken in the bathroom area and needed to be taken away before someone got hurt.

3. I have witness that the officers broke the shower privacy curtain while doing a dorm search and left the broken PVC part laying dangerously around

     Further affiant sayeth naught.

     Submitted as dated below,

*Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.*

                                    11-14-13

**RICHARD CARRERO**                  **DATE**

11 19 18

### DECLARATION OF HENRY GRAU

STATE OF NEW YORK
COUNTY OF OSWEGO

COMES NOW HENRY GRAU and makes this Declaration under oath:

1. My name is Henry Grau and I am over 18 and competent to make this declaration.

2. I was an inmate in the Florida Department of Corrections.

3. I was issued a bathroom pass during my time at Franklin CI which permitted me to use the bathroom facilities in emergencies.

4. This bathroom pass was granted to me due to frequent urination.

5. This bathroom pass was prescribed by a doctor and issued by the medical department.

6. I had this bathroom pass from approximately JAN / 2016 to approximately JAN / 2017. Issued by Dr. PAGAN

FURTHER AFFIANT SAYETH NAUGHT.

*Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.*

Dated Aug 8, 2017

HENRY GRAU

New Address

645 NE 10th St. #11
Crystal River, Fl. 34428
Cell Ph: 201-688-5832

**DECLARATION OF ANTHONY ANDREWS**

STATE OF FLORIDA
COUNTY OF WASHINGTON

I, Anthony Andrews, being of competent mind to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 USC 1746:

1. I have witnessed inmate Phillips being forced to sit in wet diapers for over 1 hour while other inmates had access to bathroom

2. I have witnessed Sgt. Bellemy, Sgt. Lewis and Sgt. Crutchfield telling inmate Phillips that he will stay on his bunk even if he has to piss on himself

3. I have witnessed inmate Phillips in the bathroom around 2:00 AM when I was using the bathroom. He was in serious pain, burning up with wet diapers but he had no shower pass and he was trying to clean himself up in the bathroom sink with his washcloth because they refused to give him sanitary wipes, or even toilet paper.

4. I have witnessed Phillips changing wet, bloody diapers late in the night, trying to clean himself up.

5. I have witnessed Phillips sitting on his bunk and messing himself and other inmates saying that he smells of shit

6. I have witnessed Sgt. Crutchfield as she denied Phillips a wheelchair pusher to push him to his call-out for no apparent reason.

7. I was at Franklin CI with Phillips and can witness the same types of retaliation there as at Washington C.I. I sometimes pushed Phillips to the canteen and call-outs so that he will not be forced to pay-out his canteen for a pusher to help him.

8. I have witnessed that even though Phillips finally got a bathroom pass, Sgt. Crutchfield refused him access to the bathroom, while other inmates were allowed access to the bathroom.

9. I have witnessed Sgt. Cruchfield holding orientation class in the day room to block all inmates access to the Kiosk program in the same area.

10. On numerous occasions I have seen Phillips bleeding and in serious pain in the bathroom.

11. I've witnessed Phillips soaking wet with urine in his wheelchair trying to get into the bathroom.

12. I have witnessed that Phillips, after sitting in wet diapers for over one hour, was forced to go to the legal mail line because I had to mail his lawyer his legal mail, all to find out when he had gotten back to the dorm that Sgt. Crutchfield had taken his bath towel although she knew he would need to use the shower, and took his medical wipes, and he was not given toilet paper.

13. I have witnessed that Phillips sometimes had to miss chow un order to stay in the dormitory and clean himself up to stop the burning.

14. I have seen Phillips using a wheel chair that was too small for him and trying to get another chair because the wheel was about to fall off the one he had.

15. I can witness that our dorm was about 100 degrees and Phillips would be in pain, sweating heavily while his leg was extremely swollen.

Further affiant sayeth naught.

Submitted as dated below,

*Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.*

**s/ANTHONY ANDREWS**          **9/25/2018**

## DECLARATION OF ROBERT PAUL BROOKOVER

1. My name is ROBERT PAUL BROOKOVER. I am competent to make this declaration and have personal knowledge of the matters stated therein, declares pursuant to 28 USC 1746:

2. I have witnessed Mr. Phillips in the bathroom late at night with no toilet paper, trying to clean up with a wash cloth,

3. I can witness Mr. Phillips as he was sweating very bad and trying to prop his very swollen leg up

4. I can witness lots of water blisters on Mr. Phillips right leg,

5. I can witness the E-1 dorm officer refusing to allow Phillips a roll of toilet paper

6. I can witness Mr. Phillips in serious pain in the bathroom many times late at night

7. I can witness  Mr. Phillips having to pay canteen items to other inmates to push him to the canteen window because he was refused a wheelchair aid

8. I can witness medical nurse supply (ADA) – Bridge refusing Mr. Phillips his doctor's prescribed medical wipes when he begged for them because he had been refused toilet paper in the dorm (E-1) and was suffering an emergency

9. I can witness Mr. Phillips in tears in the bathroom because officer's he had (No) shower pass and was forced to clean up at the sink

10. I can witness Mr. Phillips having to wear the same used dirty diaper after cleaning up because he was out of diapers and the warden had locked down the compound – so Mr. Phillips was prolonged access to his medical supplies

11. I can witness Sgt. Lewis making retaliation threats towards Mr. Phillips because Mr. Phillips filed a grievance on him

12. I can witness Mr. Phillips being refused to access to the (kiosk) program while the rest of the inmates had access to it

13. I can witness Mr. Phillips having to (miss) eating (breakfast) because he had no wheel chair pusher

14. I can witness Mr. Phillips (not) being able to be a part of lots of institutional programs because he was being retaliated against for his rights grievance procedures

15. I can witness many times in the dorm Mr. Phillips having to pay for toilet paper from other inmates

16. I can witness many times when Mr. Phillips struggled to use a non-handicap toilet because he did not have access to an ADA toilet.

17. I can witness that Mr. Phillips could not have access to go out to the rec yard for therapy because he did not have his doctors prescribed medical boots that were taken from him,

Further affiant sayeth naught.

Submitted as dated below,

*Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.*

**s/ROBERT PAUL BROOKOVER**        **9/9/2018**