# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**DONNY PHILLIPS**
**DOC# 789552,**

    Plaintiff,

vs.                                    Case No. 4:18-cv-139-MW/CAS

**JULIE L. JONES, ET AL.,**

    Defendants.
_____/

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT PLISKIN

**Mary Pliskin** ("Defendant"), through counsel, and pursuant to Rule 6(b), Fed. R. Civ. P., moves this Court to withdraw undersigned counsel as counsel of record for Defendant based on the following:

1. On March 6, 2019, undersigned counsel received a return of service and representation letter from the Florida Department of Corrections on behalf of Defendant.

2. Based on the letter and return of service, undersigned counsel appeared on behalf of Defendant. *See* (Doc. 156).

1

3. Based on the entry of the appearance, counsel for Centurion reached out to undersigned counsel and indicated that the entry of the appearance on behalf of Defendant appeared to be in error as Defendant appears to be a nurse employed by Centurion. *See* (Doc. 90 at ¶ 16).

4. Based on a review of the information available to undersigned counsel, it appears that the representation of Defendant Pliskin should **not** be represented by undersigned counsel.

5. Undersigned counsel has not spoken with Defendant Pliskin at any point and no attorney-client relationship has been suggested or formed.

6. However, on March 6, 2019, undersigned counsel requested whether counsel for Co-Defendants had any opposition to undersigned counsel's withdrawal of the representation of Defendant, and counsel for Co-Defendants indicated they had no opposition to this Motion.

7. Furthermore, on March 13, 2019, counsel for Centurion entered an appearance on behalf of Defendant and filed a Motion to Dismiss on her behalf. *See* (Doc. 157).

**WHEREFORE**, Defendant respectfully requests that this Court allow undersigned counsel to withdraw from representation of Defendant.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Unopposed Motion to Withdraw as Attorney of Record for Defendant Pliskin* was e-filed and served electronically through CM/ECF on March 15, 2019.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General