UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNY PHILLIPS,

    Plaintiff,

CASE NO: 4:18-cv-139-MW/CAS

v

MARK S. INCH, et al.,

    Defendants.

_____/

**NOTICE OF APPEARANCE OF COUNSEL**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL**

    **PLEASE TAKE NOTICE** that Jeremy A. Mutz, Assistant Attorney General, The Capitol, Suite PL-01, Tallahassee, Florida 32399-1050, hereby enters his appearance as LEAD TRIAL COUNSEL, for Defendants' Mark S. Inch and Labridia Gregory.

    Counsel respectfully requests to be served with all future pleadings and correspondence.[1]

DATED: March 15, 2019.

---

[1] This notice of appearance does not waive service for any unserved or improperly served defendants.

1

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

/s/ Jeremy A. Mutz
Jeremy A. Mutz
Senior Assistant Attorney General
Florida Bar No.: 0721026
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, Florida 32399-1050
(850) 414-3336 – Telephone
(850) 488-4872 – Facsimile
Jeremy.Mutz@myfloridalegal.com

**CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing *Notice of Appearance of Counsel* has been e-filed electronically through CM/ECF and in like manner served on Plaintiff's Counsel of Record, on this the 15th day of March, 2019

/s/ Jeremy A. Mutz
Jeremy A. Mutz