UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNY PHILLIPS,

    Plaintiff,

                                          CASE NO: 4:18-cv-139-MW/CAS

v

MARK S. INCH, et al.,

    Defendants.

_____/

**RESPONSE TO PLAINTIFF'S MOTION FOR VIDEO PRESERVATION**

COMES NOW, Defendants Inch and Gregory, and enters this their Response to the Plaintiff's Motion for Video Preservation (Doc. 151).

1. This Court directed the Defendants respond by March 15, 2019 pursuant the Order dated March 13, 2019 (Doc. 158).

2. Plaintiff has asked for "all audio and video recordings from Plaintiff's living area from 7:10 a.m. to 8:10 a.m. on February 4, 2019" [*See* "Motion, "Paragraph 3 (Doc. 151)]

3. The above-named Defendants, at least initially, objected to the Order for Preservation, given exhaustion issues that were accurately summarized in the Plaintiff's Motion (Doc. 151).  The Defendants also had concerns about the video's lack of relevance to the issues pled in the Plaintiff's Complaint.

4. However, the undersigned having had an opportunity to watch the video clips at issue, has *no objection* to the clips as exhibit evidence in this case, so long as the videos are

1

filed under seal. The precise footage is video-only, sans audio, and correspond to

"Plaintiff's living area from 7:10 a.m. to 8:10 a.m. on February 4, 2019"

DATED: March 15, 2019.

        Respectfully submitted,

        ASHLEY MOODY
        ATTORNEY GENERAL

        /s/ Jeremy A. Mutz
        Jeremy A. Mutz
        Senior Assistant Attorney General
        Florida Bar No.: 0721026
        Office of the Attorney General
        The Capitol, Suite PL-01
        Tallahassee, Florida 32399-1050
        (850) 414-3336 – Telephone
        (850) 488-4872 – Facsimile
        Jeremy.Mutz@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing *Notice of Appearance of Counsel* has been e-filed electronically through CM/ECF and in like manner served on Plaintiff's Counsel of Record, on this the 15th day of March, 2019

        /s/ Jeremy A. Mutz
        Jeremy A. Mutz