IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.                                  Case No.  4:18cv139-MW/CAS

SECRETARY JULIE L. JONES,
et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT PLISKIN

This Court has considered, without hearing, the Unopposed Motion to Withdraw as Attorney of Record for Defendant Pliskin.  ECF No. 161.  The motion is **GRANTED**.  Erik Kverne, Assistant U.S. Attorney, is permitted to withdraw as counsel for Defendant Mary Pliskin.  Defendant Pliskin shall continue to be represented by Ana C. Francolin Dolney.  The Clerk shall disconnect Mr. Kverne from the notice of electronic filing for this case.

**SO ORDERED on March 15, 2019.**

                                                    **s/ MARK E. WALKER**
                                                    **Chief United States District Judge**