**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DONNY PHILLIPS,

     Plaintiff,

                                    CASE NO: 4:18-cv-139-MW/CAS

v

MARK S. INCH, et al.,

     Defendants.

_____/

**DEFENDANTS' NOTICE OF FILING EXHIBITS UNDER SEAL**

     COME NOW Defendants' Mark S. Inch and Labridia Gregory, through undersigned counsel and hereby provide the Court notice of filing **under seal** pursuant to this Court's Order (Doc. 169).

1. The undersigned has filed, *as **Exhibit A***, a CD containing three video files from NFRC Chipley which were recorded on February 4, 2019.   This exhibit is filed in compliance with the Court's order (Doc. 169) and the Plaintiff's Motion for Preservation of Video, generally.

2. In addition, the Defendants file said ***Exhibit A*** as relevant evidence for the Defendants' response to the Plaintiff's Motion for Preliminary Injunction (Doc. 150) and any future litigation including motion to dismiss, motion for summary judgment, and trial.

3. The undersigned has made copies for Counsel for the Plaintiff as well as Counsel for the other Defendants in the above-styled cause.

DATED: March 19, 2019.

                                        Respectfully submitted,

                                        ASHLEY MOODY
                                        ATTORNEY GENERAL

                                        /s/ Jeremy A. Mutz
                                        Jeremy A. Mutz
                                        Senior Assistant Attorney General
                                        Florida Bar No.: 0721026
                                        Office of the Attorney General
                                        The Capitol, Suite PL-01
                                        Tallahassee, Florida 32399-1050
                                        (850) 414-3336 – Telephone
                                        (850) 488-4872 – Facsimile
                                        Jeremy.Mutz@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing *Notice of Appearance of Counsel* has been e-filed electronically through CM/ECF and in like manner served on Plaintiff's Counsel of Record, on this the 19th day of March, 2019

                                        /s/ Jeremy A. Mutz
                                        Jeremy A. Mutz