RETURN OF SERVICE

PERSON TO BE SERVED:                             RECEIPT NUMBER: 0000083-19

```
SGT LEWIS
4455 SAM MITCHELL DR
CHIPLEY, FL.
```

PLAINTIFF: DONNY PHILLIPS
  -VS-
DEFENDANT: JULIE JONES

TYPE WRIT: SUMMONS

COURT: U.S. DIST. CT                              COURT DATE:
CASE #: 4:18-CV-139-MW-CAS                        COURT TIME:

Received the above-named writ on February 8, 2019, at 3:05 PM,
and served the same on February 14, 2019, at 9:00 AM,
in WASHINGTON County, Florida, as follows:

---

SUBSTITUTE SERVICE AT WITNESS'S PLACE OF EMPLOYMENT

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me to a designated supervisory or administrative employee
at the witness's place of employment, to-wit:
TERRI STRICKLAND (WARDEN)
after the provisions as set forth in Chapter 48.031(4)(a), Florida
Statutes have been met.

---

SERVICE COST: $40.00                              KEVIN CREWS, SHERIFF
LP, CIVIL CLERK                                   WASHINGTON COUNTY, FLORIDA

MAIL TO:                              BY: _____
                                          B. PARIDON #06, D.S.

PROCESS SERVER ENTERPRISES
JAXSTATUS@YAHOO.COM