```
  ┌─────────────────────────────────┐
  │ ˙ RETURN OF SERVICE             │
  └─────────────────────────────────┘
```

PERSON TO BE SERVED:                          RECEIPT NUMBER: 0000083-19

```
┌──────────────────────────────────────────────────────────────────────────┐
│                                                                            │
│   SONYA CRUTCHFIELD                                                        │
│   4455 SAM MITCHELL DR                                                     │
│   CHIPLEY, FL.                                                             │
│                                                                            │
│                                                                            │
└──────────────────────────────────────────────────────────────────────────┘
```

PLAINTIFF: DONNY PHILLIPS
  -VS-
DEFENDANT: JULIE JONES

TYPE WRIT: SUMMONS

     COURT: U.S. DIST. CT              COURT DATE:
    CASE #: 4:18-CV-139-MW-CAS         COURT TIME:

          Received the above-named writ on February 8, 2019, at 3:05 PM,
          and served the same on February 14, 2019, at 9:00 AM,
          in WASHINGTON County, Florida, as follows:

```
┌──────────────────────────────────────────────────────────────────────────┐
│                                                                            │
│            SUBSTITUTE SERVICE AT WITNESS'S PLACE OF EMPLOYMENT             │
│                                                                            │
│     By delivering a true copy of this writ together with a copy of the     │
│     initial pleadings, if any, with the date and hour of service endorsed  │
│     thereon by me to a designated supervisory or administrative employee   │
│     at the witness's place of employment, to-wit:                          │
│     TERRI STRICKLAND                                                       │
│     after the provisions as set forth in Chapter 48.031(4)(a), Florida     │
│     Statutes have been met.                                                │
│                                                                            │
│                                                                            │
└──────────────────────────────────────────────────────────────────────────┘
```

SERVICE COST: $40.00                          KEVIN CREWS, SHERIFF
LP, CIVIL CLERK                               WASHINGTON COUNTY, FLORIDA


MAIL TO:                          BY:_____
                                            B. PARIDON #06, D.S.


     PROCESS SERVER ENTERPRISES
     JAXSTATUS@YAHOO.COM