**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DONNY PHILLIPS,

    Plaintiff,

v.

JULIE JONES, et al.,

    Defendants.

Case No. 4:18-cv-139-MW-CAS

**PLAINTIFF'S THIRD AMENDED RULE 26(a)(1) DISCLOSURES**

COMES NOW the Plaintiff, by and through the undersigned attorney, and makes this filing under Rule 26(a)(1), Federal Rules of Civil Procedure:

A. Name, address and phone number of all persons likely to have discoverable information relevant to disputed facts: **See Exhibit A.**

B. Copy of or a description by category and location of all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts or alleged with particularity in the pleadings to be made available at a time and place agreed by the Parties: **See Exhibit B.**

C. Computation of any category of damages: **See Exhibit C.**

D. Any insurance agreement: **not applicable to Plaintiff.**

I CERTIFY a true copy hereof was sent by electronic mail on 5/2/19 to:

Erik Kverne, Esq., Office of the Attorney General, erik.kverne@myfloridalegal.com
Jeremy Mutz, Esq., Office of the Attorney General, jeremy.mutz@myfloridalegal.com
Ana C. Francolin, Esq., Cruser, Mitchell, Novitz, Sanchez, et al., flcourtfilings@cmlawfirm.com
Gregg A. Toomey, Esq., The Toomey Law Firm, gat@thetoomeylawfirm.com;
alr@thetoomeylawfirm.com; hms@thetoomeylawfirm.com

                                    *s/James V. Cook, Esq.*
                                    Florida Bar Number 0966843
                                    Law Office of James Cook
                                    314 West Jefferson Street
                                    Tallahassee, Florida 32301
                                    (850) 222-8080; 561-0836 fax
                                    cookjv@gmail.com

**(A) The names of all fact witnesses, and the substance of their knowledge of the facts are provided as follows, pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i):**

| # | Witness | Testimony |
|---|---|---|
| 1. | Ake, K, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to issues relating to Plaintiff's medical care. |
| 2. | Andrews, Anthony, DC# G06264, NW Florida Reception Cntr., 4455 Sam Mitchell Drive, Chipley, FL 32428-3501, (850) 773-6100 | Can testify to retaliation and mistreatment of Plaintiff by prison staff at Northwest Florida Reception Center and his physical condition. |
| 3. | Barnes, Joseph, 4950 Coyote Trail, Chipley, FL 32428 | Former inmate. Can testify to Plaintiff's treatment while in prison. |
| 4. | Bassa, Dr. Ramon, Reception and Medical Center, 7765 South CR 231, Lake Butler, FL 32054, 386-496-6000 | Can testify as to examination or records review of Plaintiff at RMC. |
| 5. | Bellamy, Lt. Arleen, NW Fla. Reception Cntr., 4455 Sam Mitchell Drive, Chipley, FL 32428-3501, (850) 773-6100 | Can testify as to abuse and retaliation of Plaintiff by staff at NWFRC. |
| 6. | Benjamin, Dr., NW Fla. Reception Cntr., 4455 Sam Mitchell Drive, Chipley, FL 32428-3501, (850) 773-6100 | Can testify as to Plaintiff's physical condition at NWFRC and to the onset of cellulitis. |
| 7. | Berna, Joseph, DC# C12145, 5722 Old Highway 441 N., Baldwin, GA 30571 | Can testify to retaliation and mistreatment of Plaintiff by prison staff at Northwest Florida Reception Center and his physical condition. |
| 8. | Betancourt, Adam, DC# 814912, Franklin Correctional Institution, 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify as to abuse and retaliation of Plaintiff by staff at Franklin C.I. |
| 9. | Bishop, Jerry, DC# U39521, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to Officer LaBridia Gregory harassing and threatening Plaintiff in the dormitory on March 2, 2018, on his writing grievances. |
| 10. | Blake, Jewell, 7540 Kingsbrook Circle, Clinton, MI 480384 | Former inmate. Can testify to Plaintiff's treatment while in prison. |
| 11. | Brookover, Robert P., DC# C05753, NW Fla. Reception Cntr., 4455 Sam Mitchell Drive, Chipley, FL 32428-3501, (850) 773-6100 | Can testify to retaliation and mistreatment of Plaintiff by prison staff at Northwest Florida Reception Center and his physical condition. |
| 12. | Brown, Assistant Warden, NW Fla. Reception Cntr., 4455 Sam Mitchell Drive, Chipley, FL 32428-3501, (850) 773-6100 | Can testify as to abuse and retaliation of Plaintiff by staff at NWFRC. |
| 13. | Burch, Alan, DC# U43503, Franklin Correctional Institution, 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify as to abuse and retaliation of Plaintiff by staff at Franklin C.I. |

| | |
|---|---|
| 14. Carrero, Richard, DC# 385068, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to retaliation and mistreatment of Plaintiff by prison staff at Franklin C.I. and his physical condition. |
| 15. Carter, Nurse, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to issues relating to Plaintiff's medical care. |
| 16. Chatfield, Charles, DC# G03878, 3055 N.E. 28th Drive, Gainesville, FL 32609 | Can testify as to abuse and retaliation of Plaintiff by staff at Franklin C.I. |
| 17. Cobb, Glenwood, care of Attorney. | Can testify to issues relating to Plaintiff's medical care. |
| 18. Conner, Sgt., Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to Plaintiff's treatment by medical and security staff and any accommodations. |
| 19. Cort, Linda, care of Attorney. | Can testify to issues relating to Plaintiff's medical care. |
| 20. Crutchfield, Ofcr. Sonya, NW Fla. Reception Cntr., 4455 Sam Mitchell Drive, Chipley, FL 32428-3501, (850) 773-6100 | Can testify as to abuse and retaliation of Plaintiff by staff at NWFRC. |
| 21. Deak, Kristina, Disability Rights Florida 2473 Care Dr #200, Tallahassee, FL 32308 | Can testify to treatment of disabled persons in the Florida Department of Corrections. |
| 22. Douin, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to issues relating to Plaintiff's medical care. |
| 23. Floyd, Kimberly, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to Plaintiff's treatment by medical and security staff and any accommodations. |
| 24. ==Foreman, Jack, 15604 Mansell Road, Dover, FL 33527== | ==Former inmate. Can testify to Plaintiff's treatment in prison.== |
| 25. Franklin, Lucy, care of Attorney. | Can testify to issues relating to Plaintiff's medical care. |
| 26. Franklin, R, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to issues relating to Plaintiff's medical care. |
| 27. Furst, Christopher, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to Plaintiff's treatment by medical and security staff and any accommodations. |
| 28. Goodman, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Informal complaint against her for tearing holes into the factory sealed package for his diapers. |

| | |
|---|---|
| 29. Grau, Henry, 645 N.E. 10th St., #11, Crystal River, FL 34428, 201-688-5832 | Former inmate, can testify to being given a bathroom pass at Franklin C.I., although medical told Plaintiff there was no such thing. |
| 30. Green, Sara, care of Attorney | Can testify to issues relating to Plaintiff's medical care. |
| 31. Gregory, Labridia, care of Attorney | Can testify to Plaintiff's treatment by medical and security staff and any accommodations. |
| 32. Hendee, James, DC# K60410, NW Fla. Reception Cntr., 4455 Sam Mitchell Drive, Chipley, FL 32428-3501, (850) 773-6100 | Can testify to retaliation and mistreatment of Plaintiff by prison staff at Northwest Florida Reception Center and his physical condition. |
| 33. Hendrix, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to Plaintiff's treatment by medical and security staff and any accommodations. |
| 34. Hicks, Jeremy, DC# G08420, Taylor Correctional Institution, 8501 Hampton Springs Rd., Perry, FL 32348, 850-838-4000 | Can testify to retaliation and mistreatment of Plaintiff by prison staff at Franklin C.I. and his physical condition. |
| 35. Hite, David, DC# S17948, NW Fla. Reception Cntr., 4455 Sam Mitchell Drive, Chipley, FL 32428-3501, (850) 773-6100 | Can testify as to abuse and retaliation of Plaintiff by staff at Franklin C.I. |
| 36. Jones, P, Sgt., Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to Plaintiff's treatment by medical and security staff and any accommodations. |
| 37. Kocher, Briane, DC# Q15796, 226 Daystar Sixth Street Third Avenue, St. Petersburg, FL 33701, 850-351-8474. | Former inmate, can testify to being given a shower pass and being told not to let Donny Phillips know he was given one. |
| 38. Kverne, Erik, Collins Building, Fourth Floor, Corrections Litigation Unit, 107 W. Gaines Street, Tallahassee, FL 32399, 850-414-3300 | Can testify to Plaintiff's efforts at mobility and the need for therapy to counter paresis and improve circulation. |
| ==39. Kverne, Erik, Collins Building, Fourth Floor, Corrections Litigation Unit, 107 W. Gaines Street, Tallahassee, FL 32399, 850-414-3300== | ==Can testify to Plaintiff's efforts at mobility and the need for therapy to counter paresis and improve circulation.== |
| 40. Lara, Luciano, DC# H24676, 4520 Maple Ave., Bowling Green, FL 33834 | Can testify to retaliation and mistreatment of Plaintiff by prison staff at Franklin C.I. and his physical condition. |
| 41. Lewis, Sgt., NW Fla. Reception Cntr., 4455 Sam Mitchell Drive, Chipley, FL 32428-3501, (850) 773-6100 | Can testify as to abuse and retaliation of Plaintiff by staff at NWFRC. |
| 42. Lints, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to Plaintiff's treatment by medical and security staff and any accommodations. |

| | |
|---|---|
| 43. Livingston, Major, NW Fla. Reception Cntr., 4455 Sam Mitchell Drive, Chipley, FL 32428-3501, (850) 773-6100 | Can testify as to abuse and retaliation of Plaintiff by staff at NWFRC. |
| 44. Lovitt, Kenneth, DC# J04775, Wakulla C.I., 110 Melaleuca Drive, Crawfordville, FL 32327-4963, 850-410-1895 | Can testify to retaliation and mistreatment of Plaintiff by prison staff at Franklin C.I. and his physical condition. |
| 45. Marks, Robert Jr, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-482-1381 | Can testify to Plaintiff's treatment by medical and security staff and any accommodations. |
| 46. Mashburn, Michael, Warden, NW Fla. Reception Cntr., 4455 Sam Mitchell Drive, Chipley, FL 32428-3501, (850) 773-6100 | Can testify as to abuse and retaliation of Plaintiff by staff at NWFRC. |
| 47. McCammon, Craig, DC# 974727, Central Florida Reception Center East, 7000 H.C. Kelley Rd., Orlando, FL 32831-2518, 407-207-7777. | Can testify as to abuse and retaliation of Plaintiff by staff at Franklin C.I. |
| 48. McGown, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to Plaintiff's treatment by medical and security staff and any accommodations. |
| 49. Motes, Christopher, DC# 123551, 750 S. Park Ave, Winter Garden, FL 34787 | Can testify to retaliation and mistreatment of Plaintiff by prison staff at Franklin C.I. and his physical condition. |
| 50. Oberwise, Edward, DC# T67476, Reception and Medical Center, 7765 South CR 231, Lake Butler, FL 32054, 386-496-6000 | Can testify to Plaintiff's physical condition while at the Reception and Medical Center in the fall of 2018. |
| 51. Pagan, Cruz, M.D., care of Attorney. | Can testify to issues relating to Plaintiff's medical care. |
| 52. Paris, Molly, Disability Rights Florida 2473 Care Dr #200, Tallahassee, FL 32308 | Can testify to treatment of disabled persons in the Florida Department of Corrections. |
| 53. Parrish, Carlton B., DC# I01258, 3035 N.E. 28th Drive, Gainesville, FL 32609 | Can testify to Officer LaBridia Gregory harassing and threatening Plaintiff in the dormitory on March 2, 2018, on his writing grievances. |
| 54. Pate, William, Classification Officer, NW Fla. Reception Cntr., 4455 Sam Mitchell Drive, Chipley, FL 32428-3501, (850) 773-6100 | Can testify as to abuse and retaliation of Plaintiff by staff at NWFRC. |
| 55. Payne, Warden William Scott, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify as to abuse and retaliation of Plaintiff by staff at Franklin C.I. |

| | |
|---|---|
| 56. Paynter, Kenneth, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to Plaintiff's treatment by medical and security staff and any accommodations. |
| 57. Pliskins, Mary Elizabeth, ARNP, NW Fla. Reception Cntr., 4455 Sam Mitchell Drive, Chipley, FL 32428-3501, (850) 773-6100 | Can testify as to abuse and retaliation of Plaintiff by staff at NWFRC. |
| 58. Reichert, Michelle, 2579 NE 60th Court, Okeechobee, FL 34972, 863-447-8891 | Plaintiff's sister, has had numerous discussions with prison staff and can testify to information they have exchanged. |
| 59. Richards, Brian, DC# D53768, Franklin Correctional Institution Work Camp, 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1464 | Can testify to Officer LaBridia Gregory harassing and threatening Plaintiff in the dormitory on March 2, 2018, on his writing grievances. |
| 60. Roberts, P., Health Services Administrator, Reception and Medical Center, 7765 South CR 231, Lake Butler, FL 32054, 386-496-6000 | Can testify as to abuse and retaliation of Plaintiff by staff at RMC. |
| 61. Rochelle, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to Plaintiff's treatment by medical and security staff and any accommodations. |
| 62. Shores, Capt. Ronald, NW Fla. Reception Cntr., 4455 Sam Mitchell Drive, Chipley, FL 32428-3501, (850) 773-6100 | Can testify as to abuse and retaliation of Plaintiff by staff at NWFRC. |
| 63. Sirota, Richard W., DC# 559403, NW Florida Reception Cntr., 4455 Sam Mitchell Drive, Chipley, FL 32428-3501, (850) 773-6100 | Can testify to retaliation and mistreatment of Plaintiff by prison staff at Northwest Florida Reception Center and his physical condition. |
| 64. Smedley, Arthur W., 72 N. 6th Street, Defuniak Springs, FL 32433 | Can testify as to abuse and retaliation of Plaintiff by staff at Franklin C.I. |
| 65. Smith, Jonathan, DC# Y50125, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to Plaintiff's treatment by medical and security staff and any accommodations and abuse by Officer Gregory. |
| 66. Snell, Kenny, 366751, (out of custody by court order) | Can testify to Plaintiff's treatment by medical and security staff and any accommodations. |
| 67. Sugars, Ms., Health Services Administrator, NW Fla. Reception Cntr., 4455 Sam Mitchell Dr., Chipley, FL 32428-3501, (850) 773-6100 | Can testify as to abuse and retaliation of Plaintiff by staff at NWFRC. |
| 68. Tasker, Richard A., DC#056609, Reception and Medical Center, 7765 South CR 231, Lake Butler, FL 32054-0628, 386-496-6000 | Can testify to retaliation and mistreatment of Plaintiff by prison staff at Northwest Florida Reception Center and his physical condition. |

| | |
|---|---|
| 69. Thompson, Ofcr., Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to Plaintiff's treatment by medical and security staff and any accommodations. |
| 70. Tilton, Johnny, 2023 Husson Avenue, Palatka, FL 32177 | Former inmate. Can testify to Plaintiff's treatment while in prison. |
| 71. Tress, Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to Plaintiff's treatment by medical and security staff and any accommodations. |
| 72. Vandermark, Maryann, NW Fla. Reception Cntr., 4455 Sam Mitchell Drive, Chipley, FL 32428-3501, (850) 773-6100 | Can testify as to abuse and retaliation of Plaintiff by staff at NWFRC. |
| 73. Young, Sgt., Franklin Correctional Institution 1760 Co Hwy 67, Carrabelle, FL, 32322, 850-697-1100 | Can testify to Plaintiff's treatment by medical and security staff and any accommodations. |

**(B) Following is a list of documents and tangible items in the possession of the Plaintiff pursuant to Fed.R.Civ.P. 26(a)(1)(A)(ii):**

1. Grievances and Appeals, Florida Department of Corrections
2. Medical Records, Florida Department of Corrections
3. Disciplinary Reports, Florida Department of Corrections
4. Passes provided by medical
5. Affidavits from other prisoner and former prisoner witnesses
6. E-mail exchanges with Plaintiff's sister.
7. Disability Rights v. Jones settlement agreement
8. Florida Orientation Manual
9. Health Services Bulletins
10. Centurion Contract
11. Corizon Contract
12. Reports on health care privatization in prisons
13. Articles on health care privatization in prisons
14. Study of Operations of the Florida Department of Corrections by Fla. Leg. 2015
15. Florida's Aging Inmate Population, Project for Accountable Justice, FSU 2015
16. Introduction to the ADA, Instructor's Guide, Fla. Dept. Corrections
17. Disability Rights Florida v. Julie Jones, 4:16cv47-RH/CAS Settlement Agreement
18. Phillips Disciplinary Reports from March 4, 2019
19. Photographs of Cellulitis injury
20. Cruel Confinement, Alabama Prison Study, SPLC 2014
21. Expert Report of Eldon Vail, Dunn v. Dunn, 2:14cv601, M.D. Ala.
22. Health Services in State Correctional Facilities (MN Legis., re: Centurion)
23. 2013-14 CMA Report on Elderly Offenders
24. 2014-15 CMA Update on Elderly Offenders

25. 2015-16 CMA Update on Elderly Offenders

26. 2017-18-DOC-Annual-Report

27. ABA Standards on Treatment of Prisoners

28. ADA Instructor's Guide

29. Ballard-Bradley Report

30. Chronic HCV Guide for TDOC

31. Disability Rights Florida Settlement w exhibits

32. Florida's Elderly Inmates OPPAGA 2018

33. Greifinger - Disabled Prisoners and Reasonable Accommodation

34. John Parry - Disability Discrimination Law in Corrections

35. Overuse of Solitary Confinement ACLU 2014

36. Peter Blanck, Disability in Prison

37. Phillips Disciplinary Reports

38. Prisoners with Disabilities, Margo Schlanger

39. SCOC Reports for NYC Medical Deaths

40. Allegheny Co. Auditor's Report

41. Arizona DOC - Parsons v Ryan Cohen Expert report 2013.11 .08

42. Crews Letter to Woodrow Meyers, 9/26/2014

43. Cruel Confinement, SPLC 2014

44. Death Yards (Arizona and Corizon)

45. Expert Report of Eldon Vail, Dunn v. Dunn M.D. Ala. 2016

46. Florida's Aging Inmate Population

47. Maier Final Depo (07149243xB3B17)

48. Puisis report (Alabama)

49. Treatment Industrial Complex

**(C) Computation of Damages:**

**Physical Pain and Suffering: Not susceptible to exact calculation**

**Emotional Pain and Suffering: Not susceptible to exact calculation**

**Punitive Damages: $250,000**

**Non-Monetary Terms**