### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.                                  Case No.: 4:18-cv-139-MW-CAS

MARK S. INCH, as Secretary of the
Florida Department of Corrections,
CORIZON, LLC, and CENTURION OF
FLORIDA, health services corporations,
CRUZ PAGAN DELGADO, M.D.,
SARA BROCK GREEN, RN,
GLENWOOD COBB, RN, LUCY
FRANKLIN, LPN, LINDA CORT,
MARY ELIZABETH PLISKIN,
LABRIDIA GREGORY, SGT. LEWIS
and SGT. SONYA CRUTCHFIELD,
individually

    Defendants.
_____/

## DEFENDANTS CRUZ PAGAN-DELGADO, SARA BROCK GREEN, LUCY FRANKLIN AND LINDA CORT'S CONSENT MOTION TO BE <u>EXCUSED FROM THE MAY 29, 2019 MEDIATION</u>

Defendants Cruz Pagan-Delgado, Sara Brock Green, Lucy Franklin and Linda Cort (collectively "Corizon Defendants") file this Consent Motion to Be Excused from the May 2, 2019 Mediation as follows:

1.    On April 29, 2019, the parties filed an Amended Notice of Mediation for May 29, 2019 before Thomas Bateman, III at the Northwest Florida Reception

Center in Chipley, Florida [ECF #207].

2. The Corizon Defendants' actions are indemnified by their former employer and Defendant Corizon Health, Inc. ("Corizon").

3. The undersigned has represented Corizon and its employees in hundreds of cases of this type, and has full authority to settle this case. Additionally, a Senior Professional Liability Litigation Manager for Corizon will be in attendance at the mediation. Attendance by the Corizon Defendants is unnecessary, as they will not decide whether the case settles.

4. The relief requested in this Motion has been discussed with all counsel of record and all have consented to the requested relief.

5. Therefore, the Corizon Defendants asks that they be excused from attending the mediation.

## CERTIFICATE OF WORD LIMIT

Pursuant to Local Rule 7.1(F), this Motion contains 171 words.

By: */s/ Gregg A. Toomey*
Gregg A. Toomey
Florida Bar No. 159689

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will electronically provide a copy to the following:

James V. Cook
*Attorneys for Plaintiff*
James V. Cook, PA
314 W. Jefferson Street
P.O. Box 10021
Tallahassee, FL  32301-1608
Phone: 850.222.8080
Fax: 850-561.0836
Email: cookjv@gmail.com

Jeremy A. Mutz
Erik Kverne
*Attorneys for Defendants Inch and Gregory*
Assistant Attorney General
Office of the Attorney General
The Capital, PL-01
Tallahassee, FL  32399-1050
Phone:  850-414-3336 (Jeremy)
Or 850-414-3300 (main line)
Fax:  850-488-4872
Email:
Jeremy.Mutz@myfloridalegal.com
Erik.Kverne@myfloridalegal.com

Ana C. Francolin, Esq.
*Attorneys for Defendants Centurion, Franklin, Green, Cobb, Pagan, Cort and Pliskin*
Cruser, Mitchell, Novitz, Sanchez, Gaston, & Zimet, LLP
121 S. Orange Avenue, Suite 1500
Orlando, FL  32801
Phone:  407-730-3535
Fax:  407-730-3540
Email: flcourtfilings@cmlawfirm.com
afrancolin@cmlawfirm.com

THE TOOMEY LAW FIRM LLC
*Attorney for Defendants Corizon, Pagan-Delgado, Franklin, Green and Cort*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Ft. Myers, FL  33901
Phone:  (239) 337-1630
Fax:      (239) 337-0307
E-Mail: gat@thetoomeylawfirm.com;
alr@thetoomeylawfirm.com;
hms@thetoomeylawfirm.com

By:     */s/ Gregg A. Toomey*
           Gregg A. Toomey
           Florida Bar No. 159689