**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

DONNY PHILLIPS,

    Plaintiff,

                                  CASE NO: 4:18-cv-139-MW/CAS

v

MARK S. INCH, et al.,

    Defendants.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION TO COMPEL

COMES NOW the Defendant, MARK S. INCH, by and through undersigned counsel and pursuant to Rule 6, *Federal Rules of Civil Procedure*, hereby files this his Unopposed Motion for Extension of Deadline to File Response to Plaintiff's Motion to Compel (ECF No. 208), and in support thereof would show as follows:

1. The current deadline to file a *Response* to Plaintiff's Motion to Compel (ECF No. 208) is tomorrow, May 14, 2019.

2. The Defendant moves to extend the due date for its Response to Friday, May 17, 2019.

3. The parties are working on a compromise / discovery schedule that may result in the motion to compel being withdrawn.

4. Undersigned has conferred with Counsel for the Plaintiff, Mr. James V. Cook who has no objection to this motion to extend time for filing Defendant's response, as requested herein.

5. This Motion is being filed in good faith and not for purposes of delay. The granting of this Motion will not prejudice any of the parties involved.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court enter an Order granting the Defendant until Friday, **May 17, 2019**, to file a Response to the Plaintiff's Motion to Compel.

    Respectfully submitted,

    ASHLEY MOODY
    ATTORNEY GENERAL

    /s/ Jeremy A. Mutz
    Jeremy A. Mutz
    Senior Assistant Attorney General
    Florida Bar No.: 0721026
    Office of the Attorney General
    The Capitol, Suite PL-01
    Tallahassee, Florida 32399-1050
    (850) 414-3636 – Telephone
    (850) 488-4872 – Facsimile
    Jeremy.Mutz@myfloridalegal.com

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this the 13th day of May, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jeremy A. Mutz
Jeremy A. Mutz