# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

DONNY PHILLIPS,

    Plaintiff,

CASE NUMBER: 4:18-cv-139-MW-CAS

vs.

JULIE JONES,
CENTURION OF FLORIDA, LLC.,
et al.,

Defendants.
_____/

## NOTICE: DESIGNATION OF EXPERT WITNESSES

    COME NOW the Defendants, **Gregory, Crutchfield, Lewis, and Inch** by and through undersigned counsel, and hereby make this expert witness designation as required by Federal Rule of Civil Procedure 26(a)(2), and in support thereof would show as follows:

1. The following persons may be used to present evidence at trial under Federal Rules of Evidence 702, 703, or 705 (as expert witnesses):

    a. *Dr. Kalem Santiago, MD,* who would testify as to the review of the Plaintiff's medical records, his condition[s] if any, and the treatment provided the Plaintiff at relevant periods of time, rendering an expert opinion on these matters for the finder-of-fact.  This would include 1. Diagnosis/ medical history, 2. treatment, 3. causation of the injury (if any), or 4. prognosis, or 5. appropriateness of treatment rendered.

2. A declaration from Dr. Santiago has been or will be filed in this case.

3. This Notice is given pursuant <u>Musser v. Gentiva Health Servs.</u>, 356 F.3d 751, 756, 758 (7th Cir. 2004)("all witnesses who are to give expert testimony under the Federal Rules of Evidence must be disclosed under Rule 26(a)(2)(A); witnesses "must be designated as experts if they are to provide expert testimony.")

*Respectfully submitted this 31st day of May 2019.*

        ASHLEY MOODY
        ATTORNEY GENERAL

        /s/  *Jeremy A. Mutz*_____
        JEREMY A. MUTZ
        Senior Assistant Attorney General
        Florida Bar No. 0721026
        Office of the Attorney General
        The Capital, PL-01
        Tallahassee, Florida 32399-1050
        Telephone: (850)414-3636
        Jeremy.Mutz@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF and in like manner served on Plaintiff's Counsel of Record and all other Counsel of Record for the various parties, on this the <u>31st</u> day of May 2019.

        /s/  *Jeremy A. Mutz*_____
        JEREMY A. MUTZ