Start 2:00 PM
Stop: 2:43 PM

## UNITED STATES DISTRICT COURT
### CIVIL  MINUTES

Case No   4:18-cv-139 AW/CAS

Date:   7/23/19

PROCEEDINGS:     Telephone Status Conference  hearing

PRESENT:      Honorable Allen C. Winsor, Judge

| Blair Patton | Lisa Snyder | James Cook |
|---|---|---|
| Deputy Clerk | Court Reporter | Plaintiff's attorney |

Ana Dolney, Jeremy Mutz,
Defendant's Attorney

2:04 p.m.        Court called to order

2:06 p.m.        Oral argument

            243 - Motion fo file exhibits under seal
            244 - Motion to continue preliminary Injunctions
            246 - Motion for extension of  time to complete discovery
            249 - Motion to file exhibits under seal

             - written order to follow

2:43 p.m.        Adjourn

Initials of Deputy Clerk   bkp