IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONNY PHILLIPS,**

    **Plaintiff,**

v.                                          Case No. 4:18-cv-139-AW-CAS

**MARK S. INCH, et al.,**

    **Defendants.**

_____/

## ORDER EXTENDING DEADLINES

The parties have jointly moved to extend certain deadlines. ECF No. 246. The motion is GRANTED IN PART. The deadline for completion of discovery is extended until August 30, 2019. The deadline for dispositive motions is extended until September 20, 2019. Defendants Franklin, Cort, and Plisken are granted a ten-day extension for their responses to Plaintiff's discovery requests.

SO ORDERED on July 23, 2019.

                                                     /s/ *Allen Winsor*
                                                     United States District Judge