IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONNY PHILLIPS,**

    **Plaintiff,**

v.     Case No. 4:18-cv-139-AW-CAS

**MARK S. INCH, et al.,**

    **Defendants.**

_____/

**ORDER GRANTING MOTIONS TO SEAL**

Defendants Mark Inch, Labridia Gregory, and Sonya Crutchfield have filed two motions to seal, neither of which is opposed. ECF Nos. 243, 249. The first motion (ECF No. 243) seeks to seal certain records relating to Plaintiff's medical needs and provisions. The second motion (ECF No. 249) seeks to allow certain videos reflecting prison layout and operations to be filed under seal. Both motions are GRANTED. The Clerk shall seal document ECF No. 243-1. Defendants may file under seal, within seven days of the date of this order, the videos referenced in paragraph 2 of the second motion.

SO ORDERED on July 23, 2019.

                                              /s/ *Allen Winsor*
                                              United States District Judge