## FLORIDA DEPARTMENT OF CORRECTIONS
### Chronological Record of Health Care

**Allergies:** KCN

| DATE/TIME | |
|---|---|
| 6/17/19 1245 | NN) Pt called to MSB to tighten bolts on brakes a w/c. Completed. Pt requested Diprep 2° almost out. Cane mck #80 issued & signed for. Pt denies questions/complaints or other concerns. Pt wearing medical boots & ted hose. Very minimal swelling noted to legs. Pt reports much better since wearing teds. Pt educated on need for continued wearing of & ted hose a boots even of feels less better. Pt verbalized understanding & denied questions. |
| | ⟋ Cook ✓ Cook, RN, DON NWFRC |
| 6/21/19 0800 | NN) Pt issued (2) pk a md pullups (1) pk a wipes, (40ct) skin ointment, bar a clean soap. Pt did not verbalize any complaints at this time. H. Birge, CNA NWFRC  A. Messer, LPN NWFRC |

Inm __
DC D-789552 TM54 11/21/13
Dat PHILLIPS, DONNY R.
Ins W/M DOB 08/14/1960(58)

**S-** Subjective Data
**O-** Objective Data
**A-** Assessment of S and O Data
**P-** Plan
**E-** Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: PCN

| DATE/TIME | |
|---|---|
| 10/21/19 1245 | (NN) Pt visualized going to chow hall in wheelchair not wearing medically prescribed boots. MSB ofc Notified to contact Chow hall ofc to Notify Pt to come to MSB for education. Pt has been educated on numerous occasions of the importance of wearing his Medical boots. Pt did Not report to MSB. H.S.A Notified.

H. Birge CNA
NWFRC |
| 6/25/19 1400 | (NN) Captain Bellamy presented to DON office — indicated that pt had not been given toilet paper and was out of wipes — indicated pt in MSB requesting wipes. DON met ?by — pt indicated one pack of #50 wipes was issued by CNA Buce & witnessed by Nurse Nies and DON. Pt not wearing medical boots n feds. Pt indicated he had BM accident — items were cleaned by him a nn drying out. Pt edu re: supplies. Pt verbalized understanding.

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

Q. Pollock, RN, DON
NWFRC |

D-789552 TM 54 11/21/13
PHILLIPS, DONNY R.
W/M DOB 08/14/1960 (58)

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

| Allergies: | |
|---|---|
| **DATE/TIME** | NORTHWEST FLORIDA RECEPTION CENTER |

NORTHWEST FLORIDA RECEPTION CENTER

| | |
|---|---|
| 6/28/19 0925 | NN) pt issued (2) pks of med pull ups (1) bar of dial soap, (40)ct of skin protectant oint, (1)bx of wipes, and (1) bottle of hemoclense. Pt stated he had some heart burn going on, pt advised he can recieve alka selter tablets for heartburn in the dorm. Pt stated one side of throat bothered him, advised pt that if symptoms continued or worsen to put in of sickcall this weekend and he would be seen monday. Pt compliant. |
| | H. Birge NWFRC |
| 7.1.19 @1300 | **S:** INFORMAL GRIEVANCE # 110.1906.0268 |
| | **O:** RECORD REVIEWED |
| | **A:** cellulitis cleared, accommodations for proper care |
| | **P:** (DENIED) APPROVED + stougars of skin |
| | T. Shugars H.S.A. NWFRC |

D-789552 TM 54 11/21/13
PHILLIPS, DONNY R.
W/M DOB 08/14/1960(58)    /Sex

**S- Subjective Data**
**O- Objective Data**
**A- Assessment of S and O Data**
**P- Plan**
**E-Education**

## FLORIDA DEPARTMENT OF CORRECTIONS
### Chronological Record of Health Care

Allergies:

| DATE/TIME | |
|---|---|
| 7/5/19 1000 | NN: issued (2) pks med pull ups, (1) bar soap, (1) bottle hibiclens, (40) packs of skin protectant, (1) pk of wipes. _____ LPN NWFRC |
| 07-10-19 1035 | RF change of Penade to B ___ ___ WC Pass ___ ___ ___ Profile D/Not updated ___ ___ L. Cook, RN, DON NWFRC          A. Hildebrand MSN, APRN, NP-C NWFRC |
| 7/12/19 0330 | NN) pt issued 1 bar soap, (2) pks md pull ups, 1 pk wipes, 40 ct of skin protectant oint, 1 pair for brief + brief (W/C E cushion) + (temporary W/C). No complaints verbalized ___ ___ CNA H. Birge NWFRC |

---

D-789552 TM 54 11/21/13
PHILLIPS, DONNY R.
W/M DOB 08/14/1960 (58)

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:**

| DATE/TIME | |
|---|---|
| JUL 1 2 2019 1400 | Incidental Note |
| | Patient has been educated regarding Hepatitis C risk factors; diagnosing Hepatitis C; |
| | complications associated with Hepatitis C; Drug treatment options; common drug interactions; |
| | possible adverse effects- including a large amount of patients experience little to no side |
| | effects, with the experienced side effects usually diminishing over 2-4 weeks; additional |
| | healthcare interventions for cirrhosis; eligibility for treatment; prioritization for treatment. |
| | Education also provided that if patient refuses testing for Hepatitis C today, they may submit |
| | a request for testing at a later date. |
| | T. Shugars |
| | H.S.A. |
| | NWFRC |

Inmate Name
] D-789552 TM54 11/21/13
] PHILLIPS, DONNY R.
] W/M DOB 08/14/1960(58)

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

| Allergies: | |
|---|---|
| **DATE/TIME** | NORTHWEST FLORIDA RECEPTION CENTER |
| 7/16/2019 1340 | Pt reported to MSB requesting wipes. Pt stated that he has been having accidents and has run out of toilet paper and that the dorm officer will not give him anymore toilet paper. Pt was not wearing his ted hose or his therapuetic boots. When asked about his boots and hose pt advised that he had an accident earlier and that he was about to shower when he came to medical for wipes. Pt signed his supply list, initialing that he received his wipes. Pt asked if I could please try to get him some more toilet paper. I advised that I would. Pt left MSB. |
| | T. Shugars H.S.A. NWFRC |
| | M. West, LPN NWFRC |
| | |
| 7/16/2019 1400 | Pt is housed in Echo dorm. Dorm officer was contacted and asked about toilet paper. Officer Richmond advised that he had reported to E-dorm around 1000 and pt had not asked for more toilet paper while that officer was in the dorm. I advised the officer that the pt was to wear his ted hose and his black boots and to walk for short periods while pushing his wheelchair. This officer stated that he had not observed the pt waking or wearing anything but his white tennis shoes. I advised the officer that the pt was permitted to received wipes weekly, but for the past few weeks this pt has required more wipes due to not being issued toilet paper, per pt statement. Officer stated that toilet paper was currently available and would check the pt's locker for supplies. Awaiting report. |
| | T. Shugars H.S.A. NWFRC |

Inm
DC# D-789552 TM54 11/21/13
Dat PHILLIPS, DONNY R.
Inst W/M DOB 08/14/1960(58)

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FLORIDA DEPARTMENT OF CORRECTIONS
Chronological Record of Health Care

Allergies: PCN

| DATE/TIME | |
|---|---|
| 7/17/19 1330 | (S) Inmate started visit focused on toilet paper and wipes directing most of his remarks to Ms. Shugers. He p.reported having several accidents and doing his exercise 1-2 times per week. When asked about his Bowel/Bladder program he said he was having accidents but avoided answering the questions directly. Asked about his to get on the table and demonstrate the exercises he was doing from the many sheets he was provided. |
| | (O) Inmate in wheelchair. He did use (R) arms to get into the exam room. He was (I) with sit ↔ stand transfer. He used the desk/counter to hold on to, to get on the step to get on the exam table. He demonstrated seated ankle pumps as can reercise he was doing. He stated he was doing others but could not demonstrate. Asked about hip flex, ADD and ABD and demonstrated these and he said "oh yeah". Then asked him to transition to supine, which he did without issue. He also demonstrated hip and knee flexion combined as an exercise from the sheet which it is NOT. |
| | (A) I explained to him that most of my patients that have been doing exercise for the amount of time he had |

Inmate Name D-789552 TM 54 11/21/13
DC#_____ PHILLIPS, DONNY R.
Date of Birth W/M DOB 08/14/1960(58)
Institution__

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: PCN

**DATE/TIME**

7/17/19
1330

Physical Therapy Continued

(PT) Continued: Can't demonstrate at least a few of the exercises. He took offense to this and became very defensive and brought up his lawsuit and said "You work for Centurion that is why you are here because of my law suit". I told him I was here because the doctor ordered it and he had agreed to it. I let him know that on our visit on 5/22 he had a positive visit and he was making gains from our initial visit. He seemed very happy with his program at that time. He was following the bowel/bladder program with less accidents and improving his gait. He gave no indication that he was following the B/B program and he was unable to demonstrate any of the exercises.

(P) I suggested he get back on the Bowel/Bladder program and attempt to void at least every 2 hours. I suggested he work on the lower extremity strengthening exercises but look at the pictures as they would help to reduce the chance of causing an increase in pain. Follow up in 4 weeks.

T. Shugars, PT, S.A.
N. Sanders, DPT
Physical Therapist
Site: UD

---

Inmate Name: PHILLIPS, DONNY R.
DC#
Date of Birth:
Institution

D-789552  TM 54  11/21/13
W/M DOB 08/14/1960 (58)

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)      Incorporated by Reference in Rule 33-602.210

## FLORIDA DEPARTMENT OF CORRECTIONS
### Chronological Record of Health Care

Allergies: NCN

| DATE/TIME | NORTHWEST FLORIDA RECEPTION CENTER |
|---|---|
| 7-18-19 0900 | Patient was seen at Quarterly ISP meeting today to inform him of decrease in his impairment grade. All members of ADA committee were present, also advised wheelchair pass would need to be renewed as needed. Patient verbalized understanding of above information. (Note) LPN — D. Hanna LPN NWFRC |
| 7.19.19 @ 1220 | S: FORMAL GRIEVANCE 1907·110·091 O: RECORD REVIEWED A: pt no longer meets ada criteria P: DENIED/APPROVED — t shugars T Shugars H.S.A. NWFRC |
| 7.19.19 @ 1255 | S: INFORMAL GRIEVANCE # 110·1907·0220 O: RECORD REVIEWED A: pt has bathroom pass to use the restroom P: DENIED/APPROVED — t shugars T. Shugars H.S.A. NWFRC |

Inmate D-789552 TM 54 11/21/13
DC# PHILLIPS, DONNY R.
Date of W/M DOB 08/14/1960 (58)
Institu

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: NKA

| DATE/TIME | |
|---|---|
| 7/19/19 08 15 | NN: Supplies issued. (1) 80 count pk of wipes. (40) skin protectant, (1) bar soap, (1) bottle of nibiclens. Pt to return at lunch for pull ups. A. Messer, LPN NWFRC |
| 7/19/19 13 25 | NN: Supplies issued (2) pks of 20 ct pull ups. Pt has medical port and-ted hose on at this time. A. Messer, LPN NWFRC |

D-789552 TM 54 11/21/13
PHILLIPS, DONNY R.
W/M DOB 08/14/1960(58)

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**EE Centurion** *of Florida*

Phillips, Donny #789552                     NWFRC

DATE: 6.21.19

| ITEMS ISSUED | QUANTITY | ISSUED |
|---|---|---|
| McKesson Underwear/Ultra size-medium | 2-20 ct package | |
| Nice 'n Clean Baby wipes  unscented | 1-80 ct package | |
| McKesson Skin Protectant Ointment | 40-5gram packets | |
| Dial bar soap | 1-63g | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

H. Birge       CNA
NWFRC

SUPPLIES ISSUED BY: _____  0808

Amesseria

SUPPLIES RECEIVED BY: _____  6-21-19  0808

**Centurion**
*of Florida*

Phillips, Donny #789552                              NWFRC

DATE: 6.25.19

| ITEMS ISSUED | QUANTITY | ISSUED |
|---|---|---|
| Nice 'n Clean Baby wipes  unscented | 1-80 ct package | DP |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

SUPPLIES ISSUED BY: _____

SUPPLIES RECEIVED BY: _____ 6-25-19

**Centurion** *of Florida*

Phillips, Donny #789552                              NWFRC

**DATE:  6/28/19**

| ITEMS ISSUED | QUANTITY | ISSUED |
|---|---|---|
| McKesson Underwear/Ultra size-medium | 2-20 ct package | |
| Nice 'n Clean Baby wipes  unscented | 1-80 ct package | |
| McKesson Skin Protectant Ointment | 40-5gram packets | |
| Dial bar soap | 1-63g | |
| Hibiclens | 1-8 oz. bottle | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SUPPLIES ISSUED BY:** _____

**SUPPLIES RECEIVED BY:** _____  6-28-19 _____

**Centurion** *of Florida*

Phillips, Donny #789552                      NWFRC

DATE:  7/3/19

| ITEMS ISSUED | QUANTITY | ISSUED |
|---|---|---|
| Nice 'n Clean Baby wipes  unscented | 1-80 ct package | DP |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**SUPPLIES ISSUED BY:** _____ L. Cook, RN, DON
                                H. Birger RC   CNA
                                NWFRC

**SUPPLIES RECEIVED BY:** _____ Donny   7-3-19

**☷ Centurion**
*of Florida*

Phillips, Donny #789552                                    NWFRC

DATE: 7/5/19

| ITEMS ISSUED | QUANTITY | ISSUED |
|---|---|---|
| McKesson Underwear/Ultra size-medium | 2-20 ct package | DP |
| Nice 'n Clean Baby wipes  unscented | 1-80 ct package | DP |
| McKesson Skin Protectant Ointment | 40-5gram packets | DP |
| Dial bar soap | 1-63g | DP |
| Hibiclens | 1-8 oz. bottle | DP |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

SUPPLIES ISSUED BY: _____ L. Cook, RN, DON
                                         NWFRC
                    _____ (B.) West, LPN
                                         NWFRC

SUPPLIES RECEIVED BY:_____ 7-5-19 _____

**Centurion**
*of Florida*

Phillips, Donny #789552                    NWFRC

### DATE:  7/12/19

| ITEMS ISSUED | QUANTITY | ISSUED |
|---|---|---|
| McKesson Underwear/Ultra size-medium | 2-20 ct package | |
| Nice 'n Clean Baby wipes  unscented | 1-80 ct package | |
| McKesson Skin Protectant Ointment | 40-5gram packets | |
| Dial bar soap | 1-63g | |
| Health Slip/Pass: Low bunk/low tier, temporary WC | 1-Health Slip/Pass | |
| (pass expiration 1/10/20) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

L. Cook, RN, DON
NWFRC

**SUPPLIES ISSUED BY:** _____

**SUPPLIES RECEIVED BY:** _____  7-12-19

**::: Centurion** *of Florida*

Phillips, Donny #789552                    NWFRC

**DATE:** 7.16.2019

| ITEMS ISSUED | QUANTITY | ISSUED |
|---|---|---|
| | | DP |
| Nice 'n Clean Baby wipes  unscented | 1-80 ct package | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SUPPLIES ISSUED BY:** _Nurse RN_
_t Saugars_

**SUPPLIES RECEIVED BY:** _Donny___  7-16-19

states  no  toilet  paper  in  dorm.

**Centurion** of Florida

Phillips, Donny #789552                                          NWFRC

**DATE:  7/19/19**

| ITEMS ISSUED | QUANTITY | ISSUED |
|---|---|---|
| McKesson Underwear/Ultra size-medium | 2-20 ct package | X |
| Nice 'n Clean Baby wipes  unscented | 1-80 ct package | ✓ |
| McKesson Skin Protectant Ointment | 40-5gram packets | ✓ |
| Dial bar soap | 1-63g | ✓ |
| Hibiclens | 1-8 oz. bottle | ✓ |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**SUPPLIES ISSUED BY:** A messenen

M. Rodriguer LPN

**SUPPLIES RECEIVED BY:** _____ 7-19-19

**Centurion** *of Florida*

Phillips, Donny #789552                                    NWFRC

**DATE:  7/19/19**

| ITEMS ISSUED | QUANTITY | ISSUED |
|---|---|---|
| McKesson Underwear/Ultra size-medium | 2-20 ct package | DP |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SUPPLIES ISSUED BY:** Messer

L. Cook, RN, DON
NWFRC

**SUPPLIES RECEIVED BY:** 7-18-19