# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

DONNY PHILLIPS,

    Plaintiff,

                                  CASE NUMBER: 4:18-cv-139-MW-CAS

vs.

JULIE JONES,
CENTURION OF FLORIDA, LLC.,
et al.,

    Defendants.

_____/

## DEFENDANTS' MOTION TO RESCHEDULE SEPTEMBER 4, 2019, EVIDENTIARY HEARING DUE TO HURRICANE DORIAN

Defendants' in the above styled action, through their respective undersigned counsel and pursuant to Fed.R.Civ.P. 6(b)(1)(a), and Rule 7.1, *Local Rules for the Northern District of Florida*, hereby file this Motion to Reschedule the Evidentiary Hearing Scheduled for September 4, 2019, due to Hurricane Dorian, and state as follows:

1. The Court scheduled an evidentiary hearing to take place on September 4, 2019, regarding discovery motions as well as Plaintiff's Motion to Renew Preliminary Injunction. [Doc. 256].

2. As of the filing of this Motion, Hurricane Dorian is headed towards Florida, expected to make landfall sometime on Sunday/Monday. Some reports place the Hurricane at a Category 3, while other place it as a Category 4.

3. Most hurricane models place Hurricane Dorian in the middle of the State of Florida by Tuesday/Wednesday.

4. Witnesses and counsel for the parties are planning on driving long distances to attend the hearing, and foresee that driving in such weather conditions will not be safe.

5. Additionally, at least one witness (Dr. Fowlkes, expert for several defendants) is flying into Florida on Tuesday, September 3. Due to weather conditions, it is expected that Dr. Fowlkes' flight will be canceled.

6. Defendants will be highly prejudiced if Dr. Fowlkes' testimony is not considered by the Court.

7. For these reasons, there is good cause for the rescheduling of the September 4, 2019, evidentiary hearing.

## **LOCAL RULE 7.1(B) CERTIFICATE**

Undersigned counsel hereby certifies that all Defendants agree to the relief requested in this Motion. Undersigned counsel attempted to confer with counsel for the Plaintiff regarding the relief requested in this Motion, however as of the filing of this Motion undersigned has not heard from Plaintiff's counsel regarding Plaintiff's position.

## LOCAL RULE 7.1(F) CERTIFICATE

Undersigned counsel hereby certifies that the word processing program undersigned counsel used to prepare this Motion shows that the entire Motion contains a total of 666 words.

**WHEREFORE**, Defendants respectfully request that this Honorable Court enter an Order rescheduling the September 4, 2019, evidentiary hearing in this matter.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

*/s/ Ana C. Françolin Dolney, Esquire*
**ANA C. FRANÇOLIN DOLNEY, ESQUIRE**
Florida Bar No.: 23162
121 S. Orange Avenue, Suite 1500
Orlando, FL 32801
Tel:407-730-3535
Fax:407-730-3540
Email: flcourtfilings@cmlawfirm.com

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

THE TOOMEY LAW FIRM LLC
*Attorney for Defendants Corizon, Pagan-Delgado, Franklin, and Cort*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Ft. Myers, FL  33901
Phone:  (239) 337-1630
Fax:     (239) 337-0307
E-Mail: gat@thetoomeylawfirm.com;
alr@thetoomeylawfirm.com;
hms@thetoomeylawfirm.com

By:   */s/ Gregg A. Toomey*
　　　 Gregg A. Toomey
　　　 Florida Bar No. 159689

## CERTIFICATE OF SERVICE

I HEREBY certify that on the 29th day of August, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

　　　 */s/ Ana C. Françolin Dolney, Esquire*
　　　 **ANA C. FRANÇOLIN DOLNEY, ESQUIRE**
　　　 Florida Bar No.:  23162

**SERVICE LIST**
**Donny Phillips**
**CASE NO. 4:18-cv-139-MW-CAS**
**United States District Court, Northern District of Florida**

**Donny Phillips, c/o James Cook, Esq.**, Office of James Cook, 314 West Jefferson Street, Tallahassee, Florida 32301. Served via email to cooksjv@gmail.com.

**Erich Kverne, Esq.**. Office of the Florida Attorney General, The Capitol, 400 S. Monroe Street, Tallahassee, Florida   32399, erik.kverne@myfloridalegal.com

**Gregg A. Toomey, Esq.,** The Toomey Law Firm**,** 1625 Hendry Street, Suite 203**,** Fort Myers, FL 33901, gat@thetoomeylawfirm.com