**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

Donny Phillips,
DOC# 789552,

    Plaintiff,

vs.                                                     Case No. 4:18-cv-139-MW/CAS

Mark Inch, as Secretary of the Florida
Department of Corrections, et al.,

    Defendants.
_____/

## DEFENDANTS' STATUS REPORT

Mark Inch, as Secretary of the Florida Department of Corrections, Labridia Gregory, and Sonya Crutchfield (collectively the "Defendants"), by and through the undersigned counsel, and files this weekly status report on discovery pursuant to the Order Regarding Discovery (Doc. 338), and state the following:

1. The Defendants anticipate compliance with re-production of the already produced discovery without redactions of the contact information (i.e. email addresses and phone numbers) by 11:59 PM tonight. (Doc. 338 at ¶ 2).

2. Plaintiff's counsel will be provided a production log that matches up any previous bates numbers (Doc ID) in one column with the bates numbers (Doc ID) for the redaction and subsequent production. For example, the PDF called Phillips_Redacted_Items_00826 is the document that was previously produced as Phillips_0000609.

3. On April 15, 2020, Plaintiff's counsel was provided 18 additional items that were not previously produced.

1

4. The undersigned counsel anticipates a delay in complying with the Court's Order to complete production by April 30 for the following reasons:

   a. Staffing shortages: As of last week, the Corrections Litigation Bureau is down to two paralegals for nine attorneys, including the undersigned. Each attorney is assigned approximately 35 to 50 cases, and the paralegal duties are roughly split between the two remaining paralegals or 315 to 450 cases per paralegal.

   b. Due to the Covid-19 virus, the undersigned and staff are working remotely from home, and distractions are frequent and unavoidable due to the undersigned's and staff's familial situations. Internet connectivity issues at home and with the state's servers are a daily nuisance. The undersigned is now working at night usually through 1 or 2 AM managing his cases when the house is quiet.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Omar J. Famada_____
Omar J. Famada
Assistant Attorney General
Florida Bar No. 94467
Omar.Famada@myfloridalegal.com

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed through the CM/ECF system.

/s/ Omar J. Famada_____
Omar J. Famada