IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONNY PHILLIPS, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NUMBER: ) 4:18-cv-139-AW-MJF |
| MARK S. INCH, CENTURION OF FLORIDA, LLC, et al., | ) ) ) |
|    Defendants. | |

## NOTICE OF APPEARANCE

Brian A. Wahl hereby gives notice of his appearance as counsel for Defendants Centurion of Florida, LLC and Linda Cort and requests that, pursuant to the applicable Federal Rules of Civil Procedure, all future pleadings, correspondence, notices, and the like be served upon him at:

> Brian A. Wahl (Fla. Bar No. 0095777)
> BRADLEY ARANT BOULT CUMMINGS LLP
> One Federal Place
> 1819 Fifth Avenue North
> Birmingham, Alabama 35203-2104
> Direct Number:  205-521-8593
> Direct Facsimile:  205-488-6593
> Email:  bwahl@bradley.com
> Secondary Email: tramsay@bradley.com

                                            */s/ Brian A. Wahl*
                                            Brian A. Wahl (Fla. Bar No. 0095777)
                                            ***Attorney for Defendants***
                                            ***Centurion of Florida, LLC and Linda Cort***

OF COUNSEL:
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile:  (205) 521-8800
bwahl@bradley.com


CERTIFICATE OF SERVICE

      I hereby certify that on June 09, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**James Cook, Esq.**
Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com

**Omar Famada, Esq.**
**Joe Belitzky**
Office of the Florida Attorney General
The Capitol, 400 S. Monroe Street
Tallahassee, Florida 32399
Omar.famada@myfloridalegal.com
Joe.belitzky@myfloridalegal.com

**Erich B. Messenger**
CITY OF PALM BAY
120 Malabar Road SE, Suite 201
Palm Bay, FL 32907-3009
erich.messenger@palmbayflorida.org

**Erik Dewitt Kverne**
Department of Economic Opportunity-Tallahassee, FL
107 E. Madison Street
The Caldwell Building
Tallahassee, FL  32309
Erik.Kverne@deo.myflorida.com

**Gregg A. Toomey, Esq.**
The Toomey Law Firm
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
gat@thetoomeylawfirm.com

                                                */s/Brian A. Wahl*
                                                  Brian A. Wahl