IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONNY PHILLIPS, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NUMBER: ) 4:18-cv-139-AW-MJF |
| MARK S. INCH, CENTURION OF FLORIDA, LLC, et al., | ) ) ) |
|    Defendants. | ) ) |

## NOTICE OF APPEARANCE

Eliot B. Peace, Esq. of the law firm of Bradley Arant Boult Cummings LLP, gives notice of his appearance as additional counsel for Defendants, Centurion of Florida, LLC and Linda Cort, and requests that, pursuant to the applicable Federal Rules of Civil Procedure, all future pleadings, correspondences, notices, and the like be served upon:

| | |
|---|---|
| Eliot B. Peace, Esq. | epeace@bradley.com (Primary) |
| Michelle Newman | mnewman@bradley.com (Secondary) |
| Anne Deuter | adeuter@bradley.com (Secondary) |

Dated: June 9, 2020

        Respectfully Submitted,

        */s/ Eliot B. Peace*
        Eliot B. Peace (FBN 124805)
        BRADLEY ARANT BOULT CUMMINGS LLP
        100 North Tampa Street, Suite 2200
        Tampa, FL 33602
        Telephone: (813) 559-5500 | Fax: (813) 229-5946
        epeace@bradley.com
        **Counsel for Centurion of Florida, LLC**
        **and Linda Cort**

<u>OF COUNSEL</u>:
BRIAN A. WAHL
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000 |Facsimile:  (205) 521-8800
bwahl@bradley.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on June 09, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    **James Cook, Esq.**
    Office of James Cook
    314 West Jefferson Street
    Tallahassee, Florida 32301
    cookjv@gmail.com

    **Omar Famada, Esq.**
    **Joe Belitzky**
    Office of the Florida Attorney General
    The Capitol, 400 S. Monroe Street
    Tallahassee, Florida 32399
    Omar.famada@myfloridalegal.com
    Joe.belitzky@myfloridalegal.com

**Erich B. Messenger**
CITY OF PALM BAY
120 Malabar Road SE, Suite 201
Palm Bay, FL 32907-3009
erich.messenger@palmbayflorida.org

**Erik Dewitt Kverne**
Department of Economic Opportunity-Tallahassee, FL
107 E. Madison Street
The Caldwell Building
Tallahassee, FL  32309
Erik.Kverne@deo.myflorida.com

**Gregg A. Toomey, Esq.**
The Toomey Law Firm
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
gat@thetoomeylawfirm.com

                                              */s/Eliot B. Peace*
                                                Eliot B. Peace