IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

DONNY PHILLIPS,                    )
                                              )
    Plaintiff,                )
                                              )
v.                                 )  CIVIL ACTION NUMBER:
                                              )  4:18-cv-139-AW-MJF
MARK S. INCH, CENTURION OF    )
FLORIDA, LLC, et al.,             )
                                              )
    Defendants.              )

## NOTICE OF APPEARANCE

R. Craig Mayfield, Esq. of the law firm of Bradley Arant Boult Cummings LLP, gives notice of his appearance as additional counsel for Defendants Centurion of Florida, LLC and Linda Cort, and requests that, all future pleadings, correspondences, notices, and the like be served upon:

    R. Craig Mayfield, Esq.        cmayfield@bradley.com (Primary)
    Michelle Newman                mnewman@bradley.com (Secondary)
    Anne Deuter                      adeuter@bradley.com (Secondary)

       Respectfully Submitted,

       */s/ R .Craig Mayfield*
       R. Craig Mayfield, Esquire (FBN 124805)
       Primary Email: cmayfield@bradley.com
       Bradley Arant Boult Cummings LLP
       100 North Tampa Street, Suite 2200
       Tampa, FL 33602
       Telephone: (813) 559-5500 | Fax: (813) 229-5946
       **Counsel for Centurion of Florida, LLC**
       **and Linda Cort**

OF COUNSEL:
Eliot B. Peace
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500 | Fax: (813) 229-5946
epeace@bradley.com

BRIAN A. WAHL
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place | 1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000 |Facsimile: (205) 521-8800
bwahl@bradley.com

## CERTIFICATE OF SERVICE

  I hereby certify that on June 09, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  **James Cook, Esq.**
  Office of James Cook
  314 West Jefferson Street
  Tallahassee, Florida 32301
  cookjv@gmail.com

**Omar Famada, Esq.**
**Joe Belitzky, Esq.**
Office of the Florida Attorney General
The Capitol, 400 S. Monroe Street
Tallahassee, Florida 32399
Omar.famada@myfloridalegal.com
Joe.belitzky@myfloridalegal.com

**Erich B. Messenger**
CITY OF PALM BAY
120 Malabar Road SE, Suite 201
Palm Bay, FL 32907-3009
erich.messenger@palmbayflorida.org

**Erik Dewitt Kverne**
Department of Economic Opportunity-Tallahassee, FL
107 E. Madison Street -The Caldwell Building
Tallahassee, FL  32309
Erik.Kverne@deo.myflorida.com

**Gregg A. Toomey, Esq.**
The Toomey Law Firm
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
gat@thetoomeylawfirm.com

                                                */s/R. Craig Mayfield*
                                                  R. Craig Mayfield