# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.   Case No.: 4:18-cv-139-AW-MJF

MARK S. INCH, as Secretary of the
Florida Department of Corrections,
CORIZON, LLC, and CENTURION OF
FLORIDA, health services corporations,
CRUZ PAGAN DELGADO, M.D.,
LUCY FRANKLIN, LPN, LINDA
CORT, MARY ELIZABETH PLISKIN,
LABRIDIA GREGORY, SGT. LEWIS
and SGT. SONYA CRUTCHFIELD,
individually

    Defendants.
_____/

## DEFENDANTS CORIZON, LLC AND LINDA CORT'S JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Defendants Corizon, LLC ("Corizon") and Linda Cort ("Cort") (collectively "Corizon Defendants") file this Joint Motion for Extension of Time to file Dispositive Motions as follows:

## MOTION

1. On June 25, 2020, the Court entered an Order granting a joint motion for extension of time to file dispositive motions until July 27, 2020 [ECF #356].

2. The undersigned is requesting a one-day extension up to and including July 28, 2020 to file dispositive motions.

3. The undersigned has conferred with all counsel regarding this Motion and all have consented to the relief requested and have requested to join in the motion.

## MEMORANDUM OF LAW

Federal Rule of civil Procedure 6(b) provides, in pertinent part:

> When by these rules or by a notice given thereunder or by order of court, an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . .

By its express terms, the Rule affords wide discretion to this Court to enlarge time periods established by the procedural rules or a court order. *See* Johnson v. Bd. of Regents of Univ. of Ga., 263 F.3d 1234, 1269 (11th Cir.2001); Woods v. Allied Concord Financial Corp., 373 F.2d 733 (5th Cir. 1967). Rule 6 should be applied liberally "to secure the just, speedy and inexpensive determination of every action." Enlargements of time should be available when a party demonstrates a reasonable basis for such request. *See* Beaufort Concrete Company v. Atlantic States Construction Company, 352 F.2d 460 (5th Cir. 1965).

A reasonable basis exists. The undersigned is having difficulty preparing medical records for filing and it seems unlikely the problem will be solved before the end of the day. All other Defendants request the same allowance.

Therefore, the Corizon Defendants request that this Court grant its motion to extend the dispositive motion deadline to July 28, 2020 for all parties.

## CERTIFICATE OF WORD LIMIT

Pursuant to Local Rule 7.1(F), this Motion contains 320 words.

By: */s/ Gregg A. Toomey*
Gregg A. Toomey
Florida Bar No. 159689

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will serve a copy electronically to the following:

James V. Cook
*Attorneys for Plaintiff*
James V. Cook, PA
314 W. Jefferson Street
P.O. Box 10021
Tallahassee, FL  32301-1608
Phone: 850.222.8080
Fax: 850-561.0836
Email: cookjv@gmail.com

Joe Belitzky
Omar J. Famada
*Attorneys for Defendants Inch, Gregory & Crutchfield*
Office of the Attorney General
The Capital, PL-01
Tallahassee, FL  32399-1050
Phone:  850-414-3300
Fax:  850-488-4872
Email:
Joe.belitzky@myfloridalegal.com
Omar.Famada@myfloridalegal.com

Brian A. Wahl
Bradley Arant Boult Cummings, LLP
*Attorneys for Defendants Centurion and Cort*
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Phone: 205-521-8593
Fax: 205-488-6593
Email: bwahl@bradley.com
tramsay@bradley.com


Ana C. Francolin, Esq.
*Attorneys for Defendants Centurion and Cort*
Cruser, Mitchell, Novitz, Sanchez, Gaston, & Zimet, LLP
121 S. Orange Avenue, Suite 1500
Orlando, FL  32801
Phone:  407-730-3535
Fax:  407-730-3540
Email: flcourtfilings@cmlawfirm.com
afrancolin@cmlawfirm.com
awhitaker@cmlawfirm.com

R. Craig Mayfield
Eliot B. Peace
Bradley Arant Boult Cummings, LLP
*Attorneys for Defendants Centurion and Cort*
100 N. Tampa St., Suite 2200
Tampa, FL 33602
Phone: 813-559-5500
Fax: 813-229-5946
Email: cmayfield@bradley.com
epeace@bradley.com
mnewman@bradley.com
adeuter@bradley.com




THE TOOMEY LAW FIRM LLC
*Attorney for Defendants Corizon and Cort*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Ft. Myers, FL  33901
Phone:  (239) 337-1630
Fax:     (239) 337-0307
E-Mail: gat@thetoomeylawfirm.com;
alr@thetoomeylawfirm.com;
hms@thetoomeylawfirm.com

By:   */s/ Gregg A. Toomey*
          Gregg A. Toomey
          Florida Bar No. 159689

Case 4:18-cv-00139-AW-MJF   Document 358   Filed 07/27/20   Page 5 of 5