# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.                                                                                          Case No.: 4:18-cv-139-AW-MJF

MARK S. INCH, as Secretary of the
Florida Department of Corrections,
CORIZON, LLC, and CENTURION OF
FLORIDA, health services corporations,
CRUZ PAGAN DELGADO, M.D.,
LUCY FRANKLIN, LPN, LINDA
CORT, MARY ELIZABETH PLISKIN,
LABRIDIA GREGORY, SGT. LEWIS
and SGT. SONYA CRUTCHFIELD,
individually

    Defendants.
_____/

## NOTICE OF CONFLICT

Defendant Linda Cort ("Cort") files her Notice of Conflict as follows:

1.    On October 1, 2021, this Court entered an Order for Pretrial Conference setting the pretrial conference on February 15, 2022 at 2:00 p.m., and trial for a term to begin on February 23, 2022 [ECF #400].

2.    The undersigned is currently set for a final pre-trial conference on February 15, 2022 at 2:45 p.m. in the Middle District of Florida, Tampa Division in the case of *Waheed Nelson v. Bob Gaultieri, as Sheriff of Pinellas County, et al.*,

Case No: 8:19-cv-00449-CEH-JSS before Judge Charlene Edwards Honeywell. This final pretrial conference of this case setting conflicts with the February 15, 2022 pretrial conference of this matter. Trial in *Nelson* is set on the March 2022 trial docket, which could potentially conflict with the trial term of this matter starting on February 23, 2022.

By: /s/ Gregg A. Toomey
Gregg A. Toomey
Florida Bar No. 159689

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will serve a copy electronically to the following:

| | |
|---|---|
| James V. Cook | Joe Belitzky |
| *Attorneys for Plaintiff* | Omar J. Famada |
| James V. Cook, PA | *Attorneys for Defendants Inch, Gregory & Crutchfield* |
| 314 W. Jefferson Street | |
| P.O. Box 10021 | Office of the Attorney General |
| Tallahassee, FL  32301-1608 | The Capital, PL-01 |
| Phone: 850.222.8080 | Tallahassee, FL  32399-1050 |
| Fax: 850-561.0836 | Phone:  850-414-3300 |
| Email: cookjv@gmail.com | Fax:  850-488-4872 |
| | Email: Joe.belitzky@myfloridalegal.com |
| | Omar.Famada@myfloridalegal.com |

| | |
|---|---|
| Brian A. Wahl<br>Bradley Arant Boult Cummings, LLP<br>*Attorneys for Defendant Cort*<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2104<br>Phone: 205-521-8593<br>Fax: 205-488-6593<br>Email: bwahl@bradley.com<br>tramsay@bradley.com | R. Craig Mayfield<br>Jacob Hanson<br>Bradley Arant Boult Cummings, LLP<br>*Attorneys for Defendant Cort*<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>Phone: 813-559-5500<br>Fax: 813-229-5946<br>Email: cmayfield@bradley.com<br>jhanson@bradley.com<br>tbush@bradley.com<br>tabennett@bradley.com<br><br>THE TOOMEY LAW FIRM LLC<br>*Attorney for Defendant Cort*<br>The Old Robb & Stucky Building<br>1625 Hendry Street, Suite 203<br>Ft. Myers, FL  33901<br>Phone:  (239) 337-1630<br>Fax:      (239) 337-0307<br>E-Mail: gat@thetoomeylawfirm.com;<br>alr@thetoomeylawfirm.com;<br>hms@thetoomeylawfirm.com<br><br>By:    */s/ Gregg A. Toomey*<br>          Gregg A. Toomey<br>          Florida Bar No. 159689 |