IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v().                                            Case No. 4:18-cv-139-AW-MJF

MARK INCH, et al.,

    Defendants.

_____/

**ORDER GRANTING MOTION TO WITHDRAW**

    Joe Belitzky and Omar J. Famada's Motion to Withdraw as counsel of record for Defendant Labridia Gregory (ECF No. 407) is GRANTED. Withdrawing counsel must promptly (and within 3 days) serve a copy of this order on Labridia Gregory and file a certificate of service. Once they do this, Joe Belitzky and Omar J. Famada, will be relieved of further responsibility to represent Defendant Labridia Gregory. Ms. Gregory will then proceed *pro se* unless other counsel appears on her behalf.

    SO ORDERED on November 17, 2021.

                                                      s/ *Allen Winsor*
                                                      United States District Judge