IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONNY PHILLIPS,**

    **Plaintiff,**

**v.**                                                         Case No. 4:18-cv-139-AW-MJF

**RICKY DIXON, et al.,**

    **Defendants.**

_____/

## ORDER SETTING TRIAL DATE

This order follows yesterday's telephonic hearing. As stated then, the clerk will reset the trial for February 22, 2022.

SO ORDERED on January 21, 2022.

                                                    s/ *Allen Winsor*
                                                  United States District Judge