UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| DONNY PHILLIPS,<br><br>    Plaintiff,<br><br>v.<br><br>RICKY DIXON, *et al.*,<br><br>    Defendants. | Case No. 4:18-cv-139-AW-MJF |

## NOTICE OF APPEARANCE AS CO-COUNSEL

James M. Slater of Slater Legal PLLC hereby gives notice of his appearance as co-counsel on behalf of Plaintiff Donny Phillips. The certificate of service for all pleadings, orders, and other papers in this action should include **James M. Slater** at Slater Legal PLLC, 113 S. Monroe Street, Tallahassee, Florida 32301 and james@slater.legal and eservice@slaterlegal.com.

Dated: January 24, 2022.

Respectfully submitted,

SLATER LEGAL PLLC

By: */s/ James M. Slater*
James M. Slater (FBN 111779)
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel: (305) 523-9023

*Co-Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2022, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater
