# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| DONNY PHILLIPS,<br><br>    Plaintiff,<br><br>v.<br><br>RICKY DIXON, et al.,<br><br>    Defendants. | Case No. 4:18-cv-139-AW-MJF |

## PETITION FOR WRITS OF HABEAS CORPUS AD TESTIFICANDUM

COMES NOW the Plaintiff, DONNY PHILLIPS, by and through the undersigned attorney, and requests Writs of Habeas Corpus ad Testificandum for the following prisoners:

1. The above styled case is set for trial beginning February 22, 2022, at 8:30 a.m., at the Federal Courthouse at 111 North Adams Street, Tallahassee, Florida.

2. The following persons are necessary witnesses who are confined by the Florida Department of Corrections at the places below and must be transported to trial in this matter:

| | | |
|---|---|---|
| 1. | Phillips, Donny, DC# 789552. Suwannee C.I. Annex, 5964 U.S. Highway 90, Live Oak, Florida, 32060, 386-963-6531; fax 386-963-6103 | Plaintiff herein. |
| 2. | Andrews, Anthony, DC# G06264, Columbia Correctional Institution, 216 S.E. Corrections Way, Lake City, FL 32025, 386-754-7600; fax 386-754-1632 | Can testify to abuse by Sgt. Sonya Crutchfield, including denial of sanitation needs, dishonoring of his passes, including bathroom access; threats to persons who helped him, and his physical condition. |
| 3. | Daniels, Dean Scott, DC #792754, Reception and Medical Center, 7765 South CR 231, Lake Butler, FL 32054, 386-496-6000; fax 386-496-3287 | Can testify to abuse by Sgt. Sonya Crutchfield, including denial of bathroom access, threats and humiliation of Phillips, and Phillips' physical condition. |
| 4. | Easley, Robert, DC# L11027, Everglades Correctional Institution, 1599 S.W. 187th Avenue, Miami, FL 33194, 305-228-2000; fax 305-228-2039 | Can testify to abuse by Sgt. Sonya Crutchfield including threats and humiliation in retaliation for Phillips' filing grievances. |

| | |
|---|---|
| 5. McCammon, Craig, DC# 974727, Calhoun Correctional Institution, 19562 SE Institution Dr., Blountstown, FL 32424-5156; 850-237-6500; fax 850-237-6508 | Can testify to abuse at Franklin Correctional Institution, including abuse denial of access to bathroom and shower by Officer Labridia Gregory, admissions of retaliatory intent by Nurse Linda Cort. |
| 6. Snell, Kenny, DC# 366751, Marion Correctional Institution, 3269 NW 105th Street, Ocala, FL 34475, 352-401-6400; fax 352-840-5657 | Can testify to abuse at Franklin C.I., including Plaintiff's serious medical condition, threats from Nurse Linda Cort against inmates who helped him. |

3. It is necessary to the just resolution of the Plaintiff's case to have said witnesses before this Court for the purpose of testifying on behalf of the Plaintiff at said trial.

WHEREFORE, this petitioner prays that this Honorable Court issue writs of Habeas Corpus Ad Testificandum, directing the Department to proceed to the aforesaid penal institutions and there take into custody the body of the said Witnesses and have subjects before the Court at the time and place above specified, then and there to testify as aforesaid; and upon completion of testimony to return the said witnesses to the custody of the Warden of the aforesaid penal institutions; and also directing the said Warden to deliver the Witnesses up for this purpose.

                                                  Respectfully Submitted,

                                                  s/James V. Cook
                                                  JAMES V. COOK, ESQ.
                                                  Florida Bar Number 0966853
                                                  Law Office of James Cook
                                                  314 West Jefferson Street
                                                  Tallahassee, Florida 32301
                                                  (850) 222-8080; 850 561-0836 Facsimile
                                                  cookjv@gmail.com
                                                  ATTORNEY FOR PLAINTIFF

I CERTIFY the foregoing was filed electronically on 1/25/22, on all counsel registered to be notified by the CM/ECF electronic mail system:

                                                                                            *s/James V. Cook*