IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.

RICKY DIXON, et al.,

    Defendants.

Case No. 4:18-cv-139-AW-MJF

**PLAINTIFF'S NOTICE OF OBJECTION BY DEFENDANT CRUTCHFIELD TO PETITION FOR HABEAS CORPUS AD TESTIFICANDUM FOR INMATES ANTHONY ANDREWS AND DEAN SCOTT DANIELS ON GROUNDS OF RELEVANCY**

NOTICE IS HEREBY GIVEN that Defendant SONYA CRUTCHFIELD has raised an objection to Plaintiff's Petition for Habeas Corpus ad Testificandum for inmates (2) Anthony Andrews and (3) Dean Scott Daniels, on ground of relevancy. Plaintiff contends that the inmates should not be called because:

> the only issue left for trial against Crutchfield is First Amendment retaliation and that the above inmates' proposed testimony goes to Eighth Amendment violations which have been dismissed on qualified immunity grounds. See Doc 392, pages 17-19.

Respectfully Submitted,   *s/ James V. Cook*
JAMES COOK, FBN 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Telephone: (850) 222-8080
Facsimile: (850) 561-0836
cookjv@gmail.com
FOR PLAINTIFF

I HEREBY CERTIFY that a copy of the foregoing has been furnished by CM/ECF on 1/25/22 to all counsel of record.

                                  *s/ James V. Cook*