IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| DONNY PHILLIPS,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK S. INCH, CENTURION OF FLORIDA, LLC, et al,<br><br>    Defendants. | Case No.: 4:18-cv-00139-AW-MJF |

## NOTICE OF SETTLEMENT AS TO LINDA CORT ONLY

Pursuant to Local Rule 16.2(A)(1), Defendant Nurse Linda Cort hereby gives notice that the remaining claim pending against her in this matter settled this afternoon. Counsel for Plaintiff and Nurse Cort anticipate filing a joint stipulation for dismissal of Nurse Cort in the near future. This notice is submitted so that the Court might avoid further judicial labor associated with Plaintiff's sole remaining claim against Nurse Cort.

    Respectfully submitted,

    */s/Brian A. Wahl*
    Brian A. Wahl (FBN 0095777)
    Email: bwahl@bradley.com
    BRADLEY ARANT BOULT CUMMINGS LLP
    One Federal Place |1819 Fifth Avenue North
    Birmingham, Alabama 35203-2104
    Telephone: 205-521-8593
    Secondary Email: tramsay@bradley.com

/s/ Gregg A. Toomey
Gregg A. Toomey
FBN 159689
The Toomey Law Firm LLC
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Ft. Myers, FL  33901
E-mail: gat@thetoomeylawfirm.com
Secondary E-mail: alr@thetoomeylawfirm.com
hms@thetoomeylawfirm.com

***Attorneys for Defendant Nurse Linda Cort***

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record.

/s/ Brian A. Wahl
Brian A. Wahl
*One of the Attorneys for Defendant Nurse Linda Cort*

4891-7759-9243.1