UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.

RICKY DIXON, *et al.*,

    Defendants.

Case No. 4:18-cv-139-AW-MJF

**PLAINTIFF'S MOTION FOR LEAVE TO
FILE SHORT REPLY TO DEFENDANT
CRUTCHFIELD'S OBJECTIONS TO PETITION
FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Pursuant to Local Rule 7.1(I), Plaintiff Donny Phillips respectfully moves for leave to file a short, 500-word reply to Defendant Crutchfield's Partial Opposition to Plaintiff's Petition for Writs of Habeas Corpus Ad Testificandum. [D.E. 429]. Defendant Crutchfield has latched on to the word "abuse" in Plaintiff's Petition [D.E. 421] to disingenuously prevent Plaintiff's incarcerated witnesses from appearing at trial by conflating the retaliatory conduct of Defendant Crutchfield attendant to Plaintiff's First Amendment retaliation claim with Plaintiff's extinguished Eighth Amendment claims.

Dated: February 3, 2022.

Respectfully submitted,

SLATER LEGAL PLLC

By: */s/ James M. Slater*
James M. Slater (FBN 111779)
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel: (305) 523-9023

LAW OFFICE OF JAMES COOK

By: */s/ James V. Cook*
James V. Cook (FBN 0966843)
314 W. Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
Fax (850) 561-0836
cookjv@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2022, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater

2

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify pursuant to Local Rule 7.1(B) that I have conferred in good faith with opposing counsel and opposing counsel opposes the relief requested herein.

By: */s/ James M. Slater*
James M. Slater

## CERTIFICATION PURSUANT TO L.R. 7.1(F)

Pursuant to Local Rule 7.1(F), I hereby certify that the foregoing document contains 80 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

By: */s/ James M. Slater*
James M. Slater