UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.

RICKY DIXON, *et al.*,

    Defendants.

Case No. 4:18-cv-139-AW-MJF

**PLAINTIFF'S REPLY IN SUPPORT OF PETITION FOR WRITS OF HABEAS CORPUS AD TESTIFICANDUM**

Pursuant to the Court's Order on Plaintiff's Motion for Leave [D.E. 431], Plaintiff Donny Phillips replies in support of his Petition for Writs of Habeas Corpus Ad Testificandum [D.E. 421] as follows:

The Court asked Plaintiff to address whether Kenny Snell's testimony would have any relevance to Plaintiff's claims now that he has settled with Defendant Cort. [D.E. 431 at pp. 1–2]. Since the entry of the Court's Order, Plaintiff has also settled with Defendant Crutchfield, implicating witnesses Anthony Andrews, Dean Scott Daniels, and Robert Easley as well. At this stage the only remaining Defendant is Labridia Gregory. The testimony of Andrews, Daniels,

Easley, and Snell are not relevant to Plaintiff's claims against Defendant Gregory. Accordingly, Plaintiff no longer seeks a writ of habeas corpus as to Andrews, Daniels, Easley, and Snell and respectfully withdraws the Petition solely as to those four individuals. The remaining nonparty witness in the Petition—Craig McCammon—has relevant testimony as to Defendant Gregory's wrongful conduct in retaliation for Plaintiff's exercise of his First Amendment rights. The Court should issue writs as to Plaintiff and McCammon.

WHEREFORE, Plaintiff Donny Phillips respectfully withdraws his Petition as to Anthony Andrews, Dean Scott Daniels, Robert Easley, and Kenny Snell, and requests issuance of writs of habeas corpus ad testificandum as to Plaintiff and Craig McCammon.

Dated: February 4, 2022.

        Respectfully submitted,

        SLATER LEGAL PLLC

        By: */s/ James M. Slater*
            James M. Slater (FBN 111779)
            113 S. Monroe Street
            Tallahassee, Florida 32301
            james@slater.legal
            Tel: (305) 523-9023

LAW OFFICE OF JAMES COOK

By: */s/ James V. Cook*
James V. Cook (FBN 0966843)
314 W. Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
Fax (850) 561-0836
cookjv@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record. A copy will also be mailed to Defendant Labridia Gregory, *pro se*, at 3308 Addison Lane, Tallahassee, Florida 32317-9048.

By: */s/ James M. Slater*
James M. Slater

## CERTIFICATION PURSUANT TO L.R. 7.1(F)

Pursuant to Local Rule 7.1(F), I hereby certify that the foregoing document contains 235 words, inclusive of headings but exclusive of the case style, signature block and certificates.

By: */s/ James M. Slater*
James M. Slater
